# IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| | ) | |
| Dominic's Kitchen Stores, Inc., | ) | Case No. 11 B 10416 |
| | ) | |
| | ) | Hon. A. Benjamin Goldgar |
| Debtors. | ) | |

## **NOTICE OF MOTION**

TO:  SEE ATTACHED SERVICE LIST

     PLEASE TAKE NOTICE that on March 5, 2014, at 9:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable A. Benjamin Goldgar, or any other judge sitting his stead in court room 642 in the United States Bankruptcy Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, and then and there present the attached **Second and Final Application of Alan D. Lasko & Associates, P.C. for Allowance of Compensation and Expenses**, at which time and place you may appear if you see fit.

                                          RONALD R. PETERSON not individually but as chapter 7 case trustee for the bankruptcy estate of Dominic's Kitchen Store, Inc.

                                          By:  */s/ Ronald R. Peterson*
                                                          One of His Attorneys

Ronald R. Peterson (#02188473)
JENNER & BLOCK LLP
330 North Wabash Avenue
Chicago, Illinois  60611-7603
Telephone:  312-923-2981
Facsimile:  312-840-7381

Dated:  February 12, 2014

## **CERTIFICATE OF SERVICE**

I, Ronald R. Peterson, an attorney, certify that on February 12, 2014, a copy of the **Notice of Motion** and **Second and Final Application of Alan D. Lasko & Associates, P.C. for Allowance of Compensation and Expenses** was served by first class U.S. mail upon the attached Service List.

                 */s/Ronald R. Peterson*
                  Ronald R. Peterson

**SERVICE LIST**

**SERVICE LIST**

| | | |
|---|---|---|
| **Sandy Feldman**<br>**Great American Group**<br>**9 Parkway North**<br>**Suite 300**<br>**Deerfield, IL 60015** | **A.M. Braswell Jr., Food Co.**<br>**P.O. Box 985**<br>**Statesboro, GA 30959-0985** | **O.S. Bankruptcy Court**<br>**Eastern Division**<br>**219 S Dearborn**<br>**7th Floor**<br>**Chicago, IL 60609-1709** |
| **Advanta Credit Cards**<br>**P.O. Box 5657**<br>**Hicksville, NY 11802-5657** | **Alan Sobel**<br>**125 Dupee Place**<br>**Wilmette, IL 60091-3901** | **All Clad Metal Crafters LLC**<br>**424 Morganza Road**<br>**Canonburg, PA 15317-5716** |
| **American Express**<br>**Box 0001**<br>**Los Angeles, CA 90096-8000** | **American Express Merchant Services**<br>**P.O. Box 53852**<br>**Phoenix, AZ 85072-3852** | **Arcadia Publishing**<br>**9201 Wando Park Blvd.**<br>**Mount Pleasant, SC 29969** |
| **Baker's Edge**<br>**989 East Carmel Drive**<br>**Unit 355**<br>**Carmel, IN 96032-2812** | **Banana Saver Inc**<br>**P.O. Box 421**<br>**Hinckley, OH 44233** | **Bank Of America/ Platinum Visa**<br>**P.O. Box 15710**<br>**Wilmington, DE 19886-5710** |
| **Built New York Inc.**<br>**520 Broadway, Second Floor**<br>**New York, NY 10012** | **By The Glass LLC, DBA Go Vino**<br>**31930 Highway 79**<br>**Wisner Springs, CA 92086-9625** | **Carlisle Enterprises Inc.**<br>**237 Dato Dr.**<br>**Streamwood, IL 60107-1100** |
| **Carmies Kitchen**<br>**210 Windco Cir.**<br>**Wilie, TX 75098-5203** | **Chantal**<br>**5925 North Sam Houston Parkway West**<br>**Houston, TX 77086-1936** | **Chef'n**<br>**1525 4th Avenue**<br>**7th Floor**<br>**Seattle, WA 98101** |
| **Chefs Planet**<br>**P.O. Box 69**<br>**Petersburgh, NY 12138-0069** | **Comcast**<br>**P.O. Box 3002**<br>**Southeastern, PA19398-3002** | **Component Design NW, Inc.**<br>**P.O. Box 10997**<br>**Portland, OR97296-0997** |
| **Cucina Pro**<br>**9785 State Rd**<br>**Cleveland, OR 99109-5255** | **DKB Household USA**<br>**One Post**<br>**Suite 100**<br>**Irvine, TX 92618-5218** | |

**SERVICE LIST**

| | | |
|---|---|---|
| **Early Warning Alarms Inc.**<br>7720 W. Thule Ave, Unit B<br>Chicago, IL60631 | **Early Warning Alarms, Inc.**<br>7720 West Touhy Ave.<br>Unit B<br>Chicago, IL 60631-9260 | **Emile Henry USA Corp.**<br>802 Centerpoint Blvd.<br>Newcastle, DE 19720-8123 |
| **Epicurean**<br>1325 North 59th Ave. West<br>Duluth, MN 55807-1239 | **F. J. Kerrigan Plumbing Co. Inc.**<br>811 Ridge Rd<br>Wilmette, IL 60091-2999 | **FedEx**<br>P.O. Box 99515<br>Palatine, IL 60099-9515 |
| **Fire And Flavor**<br>Client 792<br>P.O. Box 105339<br>Atlanta, GA 30398-5339 | **Focused Products Group LLC**<br>300 Knightsbridge Parkway<br>Suite 500<br>Lincolnshire, IL 60069-3638 | **Frieling USA Inc.**<br>1920 Center Park Drive<br>Charlotte, NC28217-2901 |
| **Frontier Soups**<br>895 South Northpoint Blvd.<br>Waukegan, IL 60085-8277 | **Gillick Realtors**<br>122 Main St.<br>Park Ridge, IL 60068-9080 | **Gourmac/Hutzler Manufacturing Company**<br>9 Grace Way<br>P.O. Box 969<br>Canaan, CT 06018-0969 |
| **Grant Howard Associates**<br>950 Heritage Rd.<br>Suite 9C<br>Southbury, CT 06988-3878 | **Haeger Industries Inc.**<br>Seven Maiden Lane<br>Dundee, IL 60118-2397 | **Harold Import Company Incorporated**<br>797 Vasser Ave.<br>Lakewood, NJ 08701-6908 |
| **Hinckley Springs**<br>P.O. Box 660579<br>Dallas, TX75266-0579 | **India Tree/Gretchen Guehrend 6 Assoc.**<br>5309 ShilsholeAve. Northwest<br>Suite 150<br>Seattle, WA 98107-5357 | **INTERNAL REVENUE SERVICE CENTRALIZED INSOLVENCY OPERATIONS**<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| **Jaccard**<br>3921 North Benzing Rd.<br>Orchard Park, NY 19127-1592 | **Journal And Topics Newspapers**<br>62 To Graceland Avenue<br>Des Plaines, IL60016 | **KJM And Associates LLC**<br>130 Aberdeen Drive<br>East Dundee, IL 60118-1616 |
| **Kay Dee Designs Inc.**<br>177 Skunk Hill Road<br>Hope Valley, RI 02832 | **KeHe Distributors LLC**<br>900 N. Schmidt Road<br>Romeoville, IL 60446 | **Kitchen Supply Co. Inc.**<br>7590 W. Roosevelt Rd<br>Forest Park, IL 60130-3059 |

**SERVICE LIST**

| | | |
|---|---|---|
| **Kuhn Rikon Switzerland**<br>96 Digital Drive<br>Suite 5<br>Novuto, CA 99999-5761 | **LGrace Manufacturing Inc.**<br>Micro Plane Division<br>614 SR 247<br>Russellville, AR 72802-8908 | **Lakeshore Waste Services LLC**<br>6132 Oakton St.<br>Morton Grove, IL 60053-2718 |
| **Lamson 6 Goodnow, LLC**<br>95 Conway St<br>Shelburne Falls, MA 01370-1920 | **Landmark Merchant Solutions**<br>189 Schuman Blvd., Number 350<br>Naperville, IL 60563-1219 | **Larsen 6 Edlund**<br>999 N Northwest Hwy<br>Park Ridge, IL 60068-3263 |
| **Lodge Manufacturing Co.**<br>P.O. Box 380<br>209 E. 5th St<br>South Pittsburg, TN 37380-0380 | **Nelson-Massey Vanilla's**<br>1550 Shields Drive<br>Waukegan, IL60085-8307 | **New Metro Design LLC**<br>191 MACDrive<br>Duncansville, PA 16635-9928 |
| **NexTrend**<br>113000oloma Rd.<br>Suite AB<br>Gold River, CA 95670-9921 | **Nicor Gas**<br>P.O. Box 2020<br>Aurora, IL60507-2020 | **Nifty Home Products Inc.**<br>P.O. Box 507<br>Madison Lake, MN 56063-0507 |
| **Northern Plains Distributors Inc.**<br>P.O. Box 1921<br>Fargo, ND 58107-1921 | **Northland Aluminum Products Inc.**<br>5005 Country Rd 25<br>St. Louis Park, NN55916-2279 | **0X0 International Ltd.**<br>One Helen Of Troy Plaza<br>E1 Paso, TX 79912-1198 |
| **PNC Bank/Business Credit Line**<br>P.O. Box 797066<br>Pittsburgh, PA15279-7066 | **PNC Bank/Business Credit Line**<br>P.O. Box 856177<br>Louisville, KY90285-6177 | **Phantom Enterprises Inc.**<br>101 South Evans<br>Newton, RS 67119-9212 |
| **Pioneer Press HQ's**<br>3701 W. Lake Avenue<br>Glenview, IL 60026 | **Robinson Home Products**<br>2615 Walden Ave<br>Buffalo, NY19225-9735 | **SCI/Scandicrafts Cuisine International**<br>790 Poncho Rd<br>Camariollo, CA 93012-8576 |
| **Sambonet USA/Paderno USA-World Cuisine**<br>355 Michelle Place<br>Carlstadt, NJ 07072-2309 | **Sassafras Enterprises Inc.**<br>1622 West Carroll Ave.<br>Chicago, IL 60612-2502 | **Savanna Bee Company**<br>211 Johnny MercerBlvd.<br>Savanna, GA 31910-2119 |

**SERVICE LIST**

| | | |
|---|---|---|
| **Siege Chemical Company**<br>6340 Via Tierra<br>Boca Raton, FL 33433-2358 | **Silvermark**<br>70 E. 77th St.<br>Unit 5A<br>New York, NY 10075-1811 | **Swiss Diamond**<br>156 Halsey Rd<br>Parsippany, NJ 07059-5202 |
| **Tag/Trade Associates Group Ltd**<br>1730 West Wrightwood<br>Chicago, IL 60619-1972 | **The Tauton Press**<br>P.O. Box 5506<br>63 S. Main St.,<br>Newton, CT 06970-2399 | **US Bank/Manifest Funding Services**<br>1950 Channel Parkway<br>Marshall, MN 56258-9005 |
| **USA Pan**<br>33 McGovern Blvd.<br>Crescent, PA 15096-5952 | **Valcor Inventions**<br>2453 Cardinal Lane<br>Wilmette, IL 60091-2334 | **Vic Firth**<br>77 High St<br>Newport, ME 09953-3028 |
| **Victorinoz Swiss Army**<br>P.O. Box 895362<br>Boston, MA02289-5362 | **Viking Range Corporation**<br>P.O. Box 202533<br>Dallas, TX75320-2533 | **WMF Americas Inc.**<br>1881 State Rd 89<br>Suite 101<br>Fort Lauderdale, FL 33315-2208 |
| **Wilshire Industries LLC**<br>1001 Calls Recodo<br>San Clemente, CA 92673-6237 | **Wusthof Trident Of America Inc.**<br>333 Wilson Ave.<br>Fourth Floor<br>Norwalk, CT 06859-9616 | **You Copia Products Inc.**<br>529 S. Patton Ave<br>Arlington Heights, IL 60005-2256 |
| **Zwilling J.A. Henckels, LLC**<br>171 Saw Mill River Road<br>Hawthorne, NY10532-1529 | **Curtis E Edlund**<br>**Larsen And Edlund**<br>999 N Northwest Hwy Ste 155<br>Park Ridge, IL 60068-6903 | **Patrick S Layng**<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60609-2027 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Dominic's Kitchen Store, Inc. | ) | No. 11 B 10416 |
| | ) | |
| 83-0372683 | ) | Chapter 7 |
| Debtor | ) | |
| | ) | Hon. A. Benjamin Goldgar |

SECOND AND FINAL APPLICATION
OF ALAN D. LASKO & ASSOCIATES, P.C.
FOR ALLOWANCE COMPENSATION AND EXPENSES

**ALAN D. LASKO AND ALAN D. LASKO & ASSOCIATES, P.C.**, Certified Public Accountants, request second and final compensation of $1,941.00 and expenses of $24.30 for the time period from March 5, 2013 through February 11, 2014. A detail is provided herein for the Estate, which identifies by subject matter the services performed by the Applicant. Additional detail is provided to reflect the function and individual performing said services. Lastly, each individual's classification and hourly rate is also reflected. In addition, attached is the Affidavit pursuant to Bankruptcy Rule 2016.

## INTRODUCTION

This Court has jurisdiction over this Second and Final Fee Application pursuant to 28 U.S.C. § 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b). Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

The statutory predicates for the relief requested herein are Sections 328, 330 and 331 of Title 11 of the United States Code (11 U.S.C. §§ 101-1532, the "Bankruptcy Code"), as supplemented by Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 5082-1 of the Local Rules of the United States Bankruptcy Court for the Northern District of Illinois (the Local Rules"), the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 promulgated by the United States Department of Justice, dated on January 30, 1996 (the "UST Guidelines").

Under Rule 2016(b), the Firm has not shared, nor agreed to share, (a) any compensation it has received or may receive in these cases with another person or party other than the Firm's associates and other employees, or (b) any compensation another person or party has received or may receive in these cases.

**GENERAL**

The Debtor filed a petition under Chapter 7 on or about March 14, 2011. A Trustee was appointed. On August 10, 2011, Alan D. Lasko & Associates, P.C. was approved by the Court as the accountants for the Trustee. Reflected in this Fee Application is the Applicant's time for the preparation of the Estate's final year 2013 income tax returns and responded to taxing authorities.

**DOMINIC'S KITCHEN STORE, INC.**

## FEE APPLICATION

The fees sought by this Second and Final Fee Application reflect an aggregate of 15.1 hours of ADLPC's time spent and recorded in performing services during the Second and Final Compensation Period. This fee request does not include time that might be construed as duplicative or otherwise not beneficial to the Trustee or the Debtor's Estate, which has already been eliminated by ADLPC. In accordance with the factors enumerated in Section 330 of the Bankruptcy Code, the amount of fees requested is fair and reasonable given: (a) the complexity of this case, (b) the time expended, (c) the nature and extent of the services rendered (d), the value of such services, and (e) the costs of comparable services other than in a case under the Bankruptcy Code.

All of the services for which second and final compensation is sought were rendered solely in connection with this case, in furtherance of the duties and functions of the Trustee and not on behalf of any individual creditor or other person.

ADLPC has not entered into any agreement, express or implied, with any other party for the purpose of fixing or sharing fees or other compensation to be paid for professional services rendered in this case.

ADPC has not shared, or agreed to share (a) any compensation it has received or may receive with another party or person, other than with the associates of the Firm, or (b) any compensation another person or party has received or may receive. No promises have been received by ADLPC as to compensation in connection with this case other than in accordance with the provisions of the Bankruptcy Code.

3

**DOMINIC'S KITCHEN STORE, INC.**

## BREAKDOWN BY CATEGORIES

The categories in this Application as listed below:

## BILLING

The Applicant has incurred 1.2 hours in the preparation of this fee Application.

      Cost                    $117.60

A recap of compensation for this category is as follows:

|  | Hours | Rate | Amount |
|---|---|---|---|
| A. Lasko | 0.2 | $ 278.00 | $ 55.60 |
| C. Wilson, Staff | 1.0 | 62.00 | 62.00 |
|  | 1.2 |  | $ 117.60 |

## TAX PREPARATION – FINAL 3013

The Applicant incurred 10.4 hours in the preparation of the Estate's final year 2013 workpapers and year-end tax returns.

      Cost                    $1,130.40

The work included but was not limited to the following:

- Recap Trustee's Form 2.
- Review of Debtor's prior tax returns.
- Calculate tax discharge of indebtedness.
- Estimated time to prepare Estate's final information tax returns.

DOMINIC'S KITCHEN STORE, INC.

A recap of compensation for this category is as follows:

|  | Hours | Rate | Amount |
|---|---|---|---|
| A. Lasko | 0.9 | $ 278.00 | $ 250.20 |
| D. Konomidis, Tax Supervisor | 0.2 | 198.00 | 39.60 |
| K. Seyller, Staff | 4.8 | 102.00 | 489.60 |
| J. Lasko, Staff | 4.5 | 78.00 | 351.00 |
|  | 10.4 |  | $ 1,130.40 |

**RESPOND TO TAX AUTHORITIES**

The Applicant incurred 3.5 hours in responding to Internal Revenue Service and the Illinois Department of Revenue tax notices. The notices were resolved.

Cost        $693.00

A recap of compensation for this category is as follows:

|  | Hours | Rate | Amount |
|---|---|---|---|
| D. Konomidis, Tax Supervisor | 3.5 | $ 198.00 | $ 693.00 |

The Applicant reflects hourly rates and hours worked by each person by function. The recap also reflects the cost of each function performed. In order to assist the Court and parties in interest to evaluate this fee request, your Applicant has reflected below the range of rates charged by staff level.

## DOMINIC'S KITCHEN STORE, INC.

| | | | |
|---|---|---|---|
| Owner | $275 | - | $280 |
| Manager/Director | 220 | - | 275 |
| Supervisors | 160 | - | 220 |
| Senior | 120 | - | 160 |
| Assistant | 65 | - | 120 |

To provide an orderly and meaningful summary of the services rendered by ADLPC in accordance with its employment, ADLPC has summarized the services provided by the project billing categories for its second and final fee period are as follows:

| Recap by Project | First Interim Application | Second and Final Application | Total |
|---|---|---|---|
| Billing | $ 117.00 | $ 117.60 | $ 234.60 |
| Tax Preparation - Net | 3,001.80 | 1,130.40 | 4,132.20 |
| Amended Returns - Net | 2,619.53 | - | 2,619.53 |
| Respond to Tax Authorities | - | 693.00 | 693.00 |
| Net Request | $ 5,738.33 | $ 1,941.00 | $ 7,679.33 |

| Recap by Hour | Hours | Amount | Blended Rate |
|---|---|---|---|
| Billing | 2.4 | $ 234.60 | $ 97.75 |
| Tax Preparation - Net | 32.8 | 4,132.20 | $ 125.98 |
| Amended Returns - Net | 20.9 | 2,619.53 | $ 125.34 |
| Respond to Tax Authorities | 3.5 | 693.00 | $ 198.00 |
| | 59.6 | $ 7,679.33 | $ 128.85 |

## **EXPENSES**

It is the Firm's policy to charge its clients in all areas of practice for identifiable, non-overhead expenses incurred in connection with the client's case that would not have been incurred except for representation of that particular client. It is the Firm's policy to charge its client only the

6

amount actually incurred by the Firm in connection with such items. Examples of such expenses are postage, overnight mail, courier delivery, transportation, airfare, meals, and lodging.

|  | 2011 and 2012 Returns | Amended Return | First Interim Application | Second and Final Application | Total |
|---|---|---|---|---|---|
| Copy Costs | $ 19.40 | $ 20.40 | $ 39.80 | $ 8.30 | $ 48.10 |
| Delivery | 16.00 | - | 16.00 | 16.00 | 32.00 |
| Postage | 3.10 | - | 3.10 | - | 3.10 |
|  | $ 38.50 | $ 20.40 | $ 58.90 | $ 24.30 | $ 83.20 |

The Applicant has received its first interim compensation of fees of $5,738.33 and expenses of $58.90 for the period August 10, 2011 through March 4, 2013.

## ALLOWANCE OF COMPENSATION

The foregoing professional services rendered during the Compensation Period were necessary and appropriate to the administration of the Chapter 7 case and was in the best interests of the parties in interest. Compensation for the foregoing services as requested is commensurate with the complexity, importance, and nature of the problems, issues, or tasks involved. ADLPC has taken significant efforts to ensure that the professional services were performed with expedience and in an efficient manner and without duplication of effort.

Section 330 provides that a court may award a professional employed under Section 327 of the Bankruptcy Code "reasonable compensation for actual necessary services rendered . . . and reimbursement for actual, necessary expenses." 11 U.S.C. § 330(a)(1). Section 330 also sets forth the criteria for the award of such compensation and reimbursement:

In determining the amount of reasonable compensation to be awarded, the court should consider the nature, the extent, and the value of such services, taking into account all relevant factors, including.

 (A) the time spent on such services;

 (B) the rates charged for such services;

 (C) whether the services were necessary to the administration of, or beneficial at the time the service was rendered toward the completion of, a case under this title;

 (D) whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue or task addressed; and

 (E) whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

Id. § 330(a)(3).

In the instant case, ADLPC respectfully submits that the services for which it seeks compensation in this Second and Final Fee Application were necessary for and beneficial to the Trustee's efforts in administering the Debtor's Estate, and necessary to and in the best interests of the Debtor's Estate. ADLPC further submits that the compensation requested herein is reasonable in light of the nature, extent, and value of such services provided to the Trustee and the Debtor's Estate.

The rates charged by ADLPC in this case are standard for any bankruptcy matter, and are identical to the rate it would charge throughout the country in any bankruptcy case of this size and prominence.

In sum, the services rendered by ADLPC were necessary and beneficial to the Debtor's Estate, and were consistently performed in a timely manner commensurate with the complexity, importance, and nature of the issues involved. As shown by this Second and Final Fee Application and supporting exhibits, ADLPC incurred professional time economically and without unnecessary duplication of effort. In addition, the work involved, and thus the time expended, was carefully assigned in view of the experience and expertise required for a particular task. Accordingly, approval of the second and final compensation sought herein for the Compensation Period is warranted.

**CONCLUSION AND REQUEST FOR RELIEF**

Based upon the foregoing, your Applicant submits that the relief requested is justified in the circumstances and its allowance would be appropriate. Therefore, the requested second and final compensation of $1,941.00 and expenses of $24.30 should be allowed for services by your Applicant for the period March 5, 20113 through February 11, 2014.

_____
Alan D. Lasko


Alan D. Lasko & Associates, P.C.
29 South LaSalle Street
Suite 1240
Chicago, Illinois 60603
(312) 332-1302