UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 11-10416 |
| | ) | |
| DOMINIC'S KITCHEN STORE, INC., | ) | Chapter: 7 |
| | ) | Honorable A. Benjamin Goldgar |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER GRANTING THE SECOND AND FINAL APPLICATION OF ALAN D. LASKO & ASSOCIATES, P.C. FOR ALLOWANCE OF COMPENSATION AND EXPENSES

This matter coming before the Court on the Second and Final Application (the "Second and Final Application") of Alan D. Lasko & Associates, P.C. ("Lasko"), for entry of an order pursuant to sections 328, 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 5082-1 of the Local Rules of the United States Bankruptcy Court for the Northern District of Illinois (the "Local Rules"), ~~the United States Trustee Fee Guidelines — Guidelines for Reviewing Applications for Compensation and~~ Reimbursement of Disbursements Filed under 11 U.S.C. § 330 ~~(Appendix A to 28 C.F.R. § 58)~~ (the "UST Guidelines"), ~~and the Administrative Order~~ Establishing Procedures for Interim Compensation ~~and Reimbursement of Expenses of Professionals of this Court,~~ granting the second and final application of Lasko for payment of compensation for services rendered and for reimbursement of expenses incurred from March 5, 2013 through February 11, 2014, ~~the court finds that (a) it has~~ jurisdiction over the matters raised in the Second and Final Application pursuant to 28 U.S.C. § 1334; (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b); (c) the relief requested in the Second and Final Application is in the best interests of the Debtor's estates, its creditors and other parties-in-interest; (d) due and sufficient notice of the Second and Final Application was given; and (e) upon the record ~~herein and after due deliberation and cause appearing therefore;~~

IT IS HEREBY ORDERED:

1. The Second and Final Application is granted;

2. Lasko is hereby allowed fees in the amount of $ 1,914.00 for services rendered, and reimbursement of $ 24.30 in expenses incurred, for the period from March 5, 2013 through February 11, 2014 in connection with the above-captioned case;

3. The Trustee is hereby authorized to pay Lasko the amounts allowed in paragraph 2 above;

4. ~~All objections to the Second and Final Application or the relief requested therein that have not~~ been made, withdrawn, waived, or settled, and all reservations of rights ~~included~~ therein, hereby are overruled on the merits;

5. The ~~Court shall~~ retain jurisdiction to hear and determine all matters arising from the ~~implementation of this Order.~~

Rev: 20121203_bko

Enter:

Dated: **05 MAR 2014**

United States Bankruptcy Judge

**Prepared by:**

Ronald R. Peterson (2188473)
Michael J. Kelly, Jr. (6289908)
JENNER & BLOCK, LLP
353 N. Clark Street
Chicago, Illinois 60654-3456
PH: 312/222-9350
FAX: 312/527-0484

Counsel for the Trustee

Rev: 20121203_bko