# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
### DIVISION

In re:                                         §
                                               §
DOMINICS KITCHEN STORE, INC.                   §          Case No. 11-10416 ABG
                                               §
                    Debtor(s)                  §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter     of the United States Bankruptcy Code was filed on
    .   The undersigned trustee was appointed on              .

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of                    $

    Funds were disbursed in the following amounts:

    Payments made under an interim
    disbursement
    Administrative expenses
    Bank service fees
    Other payments to creditors
    Non-estate funds paid to 3rd Parties
    Exemptions paid to the debtor
    Other payments to the debtor

    Leaving a balance on hand of[1]           $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5.   Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.   The deadline for filing non-governmental claims in this case was                and the deadline for filing governmental claims was               . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.   The Trustee's proposed distribution is attached as **Exhibit D**.

8.   Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $             .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $        as interim compensation and now requests a sum of $            , for a total compensation of $            [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $        , and now requests reimbursement for expenses of $          , for total expenses of $            [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____   By:/s/RONALD R. PETERSON
                                           Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page:    1

Exhibit A

| Case No: | 11-10416 | Judge: A. BENJAMIN GOLDGAR |
|---|---|---|
| Case Name: | DOMINICS KITCHEN STORE, INC. | |

For Period Ending:  02/23/15

| Trustee Name: | RONALD R. PETERSON |
|---|---|
| Date Filed (f) or Converted (c): | 03/14/11 (f) |
| 341(a) Meeting Date: | 04/22/11 |
| Claims Bar Date: | 08/18/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1 cupcake creations racked | 0.00 | 0.00 | | 0.00 | FA |
| 2. 16 metal metro racks | 0.00 | 0.00 | | 0.00 | FA |
| 3. 18 sections basement Gorilla racking | 0.00 | 0.00 | | 0.00 | FA |
| 4. 2 door NSF refrigerator | 0.00 | 0.00 | | 0.00 | FA |
| 5. 3 compartment sink and faucet | 0.00 | 0.00 | | 0.00 | FA |
| 6. 3 gray and white slot wall displays on wheels | 0.00 | 0.00 | | 0.00 | FA |
| 7. Five metro racks | 0.00 | 0.00 | | 0.00 | FA |
| 8. Four wood tables | 0.00 | 0.00 | | 0.00 | FA |
| 9. Metal backroom shelving | 0.00 | 0.00 | | 0.00 | FA |
| 10. Miscellaneous l sidewalk hooks and display accesso | 0.00 | 0.00 | | 0.00 | FA |
| 11. one 52 inch LCD TV | 0.00 | 0.00 | | 0.00 | FA |
| 12. One antique country table with drawers | 0.00 | 0.00 | | 0.00 | FA |
| 13. One antique stove | 0.00 | 0.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page:   2

**Exhibit A**

| Case No: | 11-10416 | Judge: A. BENJAMIN GOLDGAR | Trustee Name: | RONALD R. PETERSON |
|---|---|---|---|---|
| Case Name: | DOMINICS KITCHEN STORE, INC. | | Date Filed (f) or Converted (c): | 03/14/11 (f) |
| | | | 341(a) Meeting Date: | 04/22/11 |
| | | | Claims Bar Date: | 08/18/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 14. One Avaya telephone system and phones | 0.00 | 0.00 | | 0.00 | FA |
| 15. one Built NY metal display rack | 0.00 | 0.00 | | 0.00 | FA |
| 16. One cash wrap and counter | 0.00 | 0.00 | | 0.00 | FA |
| 17. one CIA Wood fixture | 0.00 | 0.00 | | 0.00 | FA |
| 18. one cookie-cutter display rack | 0.00 | 0.00 | | 0.00 | FA |
| 19. One curious chef metal display fixture | 0.00 | 0.00 | | 0.00 | FA |
| 20. One display with shopping baskets | 0.00 | 0.00 | | 0.00 | FA |
| 21. one Enclume pot rack display | 0.00 | 0.00 | | 0.00 | FA |
| 22. one epicurean cutting board display | 0.00 | 0.00 | | 0.00 | FA |
| 23. One hand wash sink and faucet | 0.00 | 0.00 | | 0.00 | FA |
| 24. one Henckel wall knife display | 0.00 | 0.00 | | 0.00 | FA |
| 25. One Kaiser display | 0.00 | 0.00 | | 0.00 | FA |
| 26. One kitchen cabinet and countertop | 0.00 | 0.00 | | 0.00 | FA |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 3

Exhibit A

| Case No: | 11-10416 | Judge: A. BENJAMIN GOLDGAR | | Trustee Name: | RONALD R. PETERSON |
|---|---|---|---|---|---|
| Case Name: | DOMINICS KITCHEN STORE, INC. | | | Date Filed (f) or Converted (c): | 03/14/11 (f) |
| | | | | 341(a) Meeting Date: | 04/22/11 |
| | | | | Claims Bar Date: | 08/18/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 27. One light and fan fixture | 0.00 | 0.00 | | 0.00 | FA |
| 28. One light box | 0.00 | 0.00 | | 0.00 | FA |
| 29. one Lodge metal display rack | 0.00 | 0.00 | | 0.00 | FA |
| 30. One microplane metal display | 0.00 | 0.00 | | 0.00 | FA |
| 31. One mixing bowl wrap | 0.00 | 0.00 | | 0.00 | FA |
| 32. one Miyabi Knife cabinet (floor unit) | 0.00 | 0.00 | | 0.00 | FA |
| 33. one mopsink and faucet | 0.00 | 0.00 | | 0.00 | FA |
| 34. One neon open sign | 0.00 | 0.00 | | 0.00 | FA |
| 35. One office desk | 0.00 | 0.00 | | 0.00 | FA |
| 36. one prep sink and faucet | 0.00 | 0.00 | | 0.00 | FA |
| 37. One Rub w/love metal display | 0.00 | 0.00 | | 0.00 | FA |
| 38. One tree ornament rack | 0.00 | 0.00 | | 0.00 | FA |
| 39. one Vic Firth rolling pin display | 0.00 | 0.00 | | 0.00 | FA |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit A

| | |
|---|---|
| Case No: | 11-10416    Judge: A. BENJAMIN GOLDGAR |
| Case Name: | DOMINICS KITCHEN STORE, INC. |

| | |
|---|---|
| Trustee Name: | RONALD R. PETERSON |
| Date Filed (f) or Converted (c): | 03/14/11 (f) |
| 341(a) Meeting Date: | 04/22/11 |
| Claims Bar Date: | 08/18/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 40. One wire placement rack | 0.00 | 0.00 | | 0.00 | FA |
| 41. one wood 9 basket display | 0.00 | 0.00 | | 0.00 | FA |
| 42. One wood cart display | 0.00 | 0.00 | | 0.00 | FA |
| 43. One wood food cart fixture | 0.00 | 0.00 | | 0.00 | FA |
| 44. Seven halogen warehouse light fixtures | 0.00 | 0.00 | | 0.00 | FA |
| 45. Three slot wall units on wheels | 0.00 | 0.00 | | 0.00 | FA |
| 46. Three wire mannequins | 0.00 | 0.00 | | 0.00 | FA |
| 47. Two 22 inch LCD TVs | 0.00 | 0.00 | | 0.00 | FA |
| 48. Two antique wooden ladders | 0.00 | 0.00 | | 0.00 | FA |
| 49. Two full wall WMF displays | 0.00 | 0.00 | | 0.00 | FA |
| 50. Two half wall WMF displays | 0.00 | 0.00 | | 0.00 | FA |
| 51. Two metal cutting board racks | 0.00 | 0.00 | | 0.00 | FA |
| 52. Two metal spice displays | 0.00 | 0.00 | | 0.00 | FA |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:    5

Exhibit A

| Case No: | 11-10416 | Judge: A. BENJAMIN GOLDGAR |
|---|---|---|
| Case Name: | DOMINICS KITCHEN STORE, INC. | |

Trustee Name:    RONALD R. PETERSON
Date Filed (f) or Converted (c):    03/14/11 (f)
341(a) Meeting Date:    04/22/11
Claims Bar Date:    08/18/11

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 53. two round glass tables | 0.00 | 0.00 | | 0.00 | FA |
| 54. Two Wusthof Knife display cabinets | 0.00 | 0.00 | | 0.00 | FA |
| 55. retail stock as more fully disclosed on debtors la | 60,034.63 | 60,034.63 | | 69,029.78 | FA |
| 56. display Units | 0.00 | 0.00 | | 0.00 | FA |
| 57. Tables, Chairs, | 0.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 3.72 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $60,034.63 | $60,034.63 | | $69,033.50 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

April 18, 2014, 10:41 a.m.:  The case is in closing; the final report should be submitted in June 2014.

The estate's accountant is working on tax returns.

January 30, 2012, 01:21 pm.   Kitchen periferal store liquidated.  Alan Lasko, the Estate's accountant, has filed final

tax returns.  Waiting for the 505(B) period to expire.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page:  6

Exhibit A

| | | | | |
|---|---|---|---|---|
| Case No: | 11-10416 | Judge: A. BENJAMIN GOLDGAR | Trustee Name: | RONALD R. PETERSON |
| Case Name: | DOMINICS KITCHEN STORE, INC. | | Date Filed (f) or Converted (c): | 03/14/11 (f) |
| | | | 341(a) Meeting Date: | 04/22/11 |
| | | | Claims Bar Date: | 08/18/11 |

April 29, 2013, 08:21 am Alan Lasko has filed final returns, but he is still fussing with the I.R.S.  hope to have
matter closed third quarter of this year.


RE PROP# 11---5


Initial Projected Date of Final Report (TFR): 05/31/14        Current Projected Date of Final Report (TFR): 03/01/15


_____  Date: _____
RONALD R. PETERSON

**FORM 2**

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 11-10416 -ABG | Trustee Name: | RONALD R. PETERSON |
| Case Name: | DOMINICS KITCHEN STORE, INC. | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******8489  Checking Account |
| Taxpayer ID No: | *******2683 | | |
| For Period Ending: | 02/23/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/09/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 29,765.65 | | 29,765.65 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 18.35 | 29,747.30 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 18.95 | 29,728.35 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 18.33 | 29,710.02 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 18.93 | 29,691.09 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 44.14 | 29,646.95 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 39.81 | 29,607.14 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 44.02 | 29,563.12 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 42.53 | 29,520.59 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 43.89 | 29,476.70 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 42.41 | 29,434.29 |
| 07/18/13 | 030001 | Department of the Treasury Internal Revenue Service Cincinnati, Ohio 45999-0030 | Taxes | 2810-000 | | 42.32 | 29,391.97 |
| 07/29/13 | 030002 | Alan D. Lasko & Associates | Professional Fees First Interim Fee Application | 3410-000 | | 5,738.33 | 23,653.64 |
| 07/29/13 | 030003 | Alan D. Lasko | Professional Expenses First Appliction for reimbursement of expenses | 3410-000 | | 58.90 | 23,594.74 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 43.75 | 23,550.99 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 36.41 | 23,514.58 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 33.84 | 23,480.74 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 34.91 | 23,445.83 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 33.73 | 23,412.10 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 34.81 | 23,377.29 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 34.76 | 23,342.53 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 31.35 | 23,311.18 |
| 03/11/14 | 030004 | Alan D Lasko & Associates,  P.C. | Professional Fees and Expenses | | | 1,938.30 | 21,372.88 |
| | | | Fees          1,914.00 | 3410-000 | | | |

| | | | Page Subtotals | | 29,765.65 | 8,392.77 | |

**UST Form 101-7-TFR (5/1/2011)** *(Page: 9)*

Ver: 18.04

Page:   2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: | 11-10416  -ABG |
| Case Name: | DOMINICS KITCHEN STORE, INC. |
| Taxpayer ID No: | *******2683 |
| For Period Ending: | 02/23/15 |

| | |
|---|---|
| Trustee Name: | RONALD R. PETERSON |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******8489  Checking Account |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Expenses          24.30 | 3420-000 | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | | COLUMN TOTALS | 29,765.65 | 8,392.77 | 21,372.88 |
| Memo Allocation Disbursements: | 0.00 | | Less:  Bank Transfers/CD's | 29,765.65 | 0.00 | |
| | | | Subtotal | 0.00 | 8,392.77 | |
| Memo Allocation Net: | 0.00 | | Less:  Payments to Debtors | | 0.00 | |
| | | | Net | 0.00 | 8,392.77 | |

Page Subtotals          0.00          0.00

**FORM 2**

Page:   3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 11-10416  -ABG | | Trustee Name: | RONALD R. PETERSON |
| Case Name: | DOMINICS KITCHEN STORE, INC. | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******9250  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******2683 | | | |
| For Period Ending: | 02/23/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/18/11 | 55 | Great American Group | Liquidation Proceeds | | 42,514.98 | | 42,514.98 |
| | | 21860 Burbank Blvd, | | | | | |
| | | Suite 300 South | | | | | |
| | | Woodland Hills, CA 91367 | | | | | |
| | | GREAT AMERICAN | Memo Amount:      69,029.78 | 1129-000 | | | |
| | | | Gross Sale Proceeds First Installm | | | | |
| | | GREAT AMERICAN | Memo Amount:   (    6,304.22 ) | 3610-000 | | | |
| | | | Auctioneer's Expenses | | | | |
| | | GREATAMERICAN | Memo Amount:   (   15,210.58 ) | 3620-000 | | | |
| | | | Auctioneeers Expenses | | | | |
| | | GREAT AMERICAN | Memo Amount:   (    5,000.00 ) | 1129-000 | | | |
| | | | Auction Proceeds Paid in 2nd Instat | | | | |
| 05/18/11 | | Transfer to Acct #*******9263 | Bank Funds Transfer | 9999-000 | | 11,380.65 | 31,134.33 |
| 05/31/11 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.06 | | 31,134.39 |
| 06/13/11 | 55 | Great American Group, LLC | Liquidation Proceeds | 1129-000 | | -5,000.00 | 36,134.39 |
| | | 21860 Burbank Vlvd, | | | | | |
| | | Suite 300 South | | | | | |
| | | Woodland Hills, CA 91367 | | | | | |
| 06/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.28 | | 36,134.67 |
| 07/27/11 | | Transfer to Acct #*******9263 | Bank Funds Transfer | 9999-000 | | 5,987.58 | 30,147.09 |
| 07/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.29 | | 30,147.38 |
| 08/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.26 | | 30,147.64 |
| 09/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.25 | | 30,147.89 |
| 10/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.26 | | 30,148.15 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 38.41 | 30,109.74 |
| 11/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.25 | | 30,109.99 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 37.12 | 30,072.87 |
| 12/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.25 | | 30,073.12 |

Page Subtotals      42,516.88      12,443.76

Page:   4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | | |
|---|---|---|
| Case No: | 11-10416 -ABG | |
| Case Name: | DOMINICS KITCHEN STORE, INC. | |

| | | |
|---|---|---|
| Trustee Name: | RONALD R. PETERSON | |
| Bank Name: | BANK OF AMERICA, N.A. | |
| Account Number / CD #: | *******9250  Money Market Account (Interest Earn | |

| | | |
|---|---|---|
| Taxpayer ID No: | *******2683 | |
| For Period Ending: | 02/23/15 | |

| | | |
|---|---|---|
| Blanket Bond (per case limit): | $ 5,000,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 37.08 | 30,036.04 |
| 01/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.26 | | 30,036.30 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 39.39 | 29,996.91 |
| 02/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.24 | | 29,997.15 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 35.65 | 29,961.50 |
| 03/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.25 | | 29,961.75 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 36.84 | 29,924.91 |
| 04/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.25 | | 29,925.16 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 38.02 | 29,887.14 |
| 05/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.25 | | 29,887.39 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 37.97 | 29,849.42 |
| 06/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.24 | | 29,849.66 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 35.48 | 29,814.18 |
| 07/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.26 | | 29,814.44 |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 39.10 | 29,775.34 |
| 08/09/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.07 | | 29,775.41 |
| 08/09/12 | | BANK OF AMERICA, N.A.  901 MAIN STREET  9TH FLOOR  DALLAS, TX  75283 | BANK FEES | 2600-000 | | 9.76 | 29,765.65 |
| 08/09/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 29,765.65 | 0.00 |

Page Subtotals      1.82      30,074.94

Ver: 18.04

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   5

Exhibit B

| | |
|---|---|
| Case No: | 11-10416  -ABG |
| Case Name: | DOMINICS KITCHEN STORE, INC. |
| | |
| Taxpayer ID No: | *******2683 |
| For Period Ending: | 02/23/15 |

| | |
|---|---|
| Trustee Name: | RONALD R. PETERSON |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******9250  Money Market Account (Interest Earn |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | |
|---|---|---|---|---|
| Memo Allocation Receipts: | 69,029.78 | COLUMN TOTALS | 42,518.70 | 42,518.70 | 0.00 |
| Memo Allocation Disbursements: | 26,514.80 | Less:  Bank Transfers/CD's | 0.00 | 47,133.88 | |
| | | Subtotal | 42,518.70 | -4,615.18 | |
| Memo Allocation Net: | 42,514.98 | Less:  Payments to Debtors | | 0.00 | |
| | | Net | 42,518.70 | -4,615.18 | |

Page Subtotals                    0.00                    0.00

Page:   6

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No:  11-10416  -ABG
Case Name:  DOMINICS KITCHEN STORE, INC.

Trustee Name:  RONALD R. PETERSON
Bank Name:  BANK OF AMERICA, N.A.
Account Number / CD #:  *******9263  BofA - Checking Account

Taxpayer ID No:  *******2683
For Period Ending:  02/23/15

Blanket Bond (per case limit):  $  5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/18/11 | | Transfer from Acct #*******9250 | Bank Funds Transfer | 9999-000 | 11,380.65 | | 11,380.65 |
| 05/18/11 | 003001 | Fred I. Gillick Compay, Inc. | Rent | 2410-000 | | 11,380.65 | 0.00 |
| | | | Landlord's rent from petition date to 30 April | | | | |
| 07/27/11 | | Transfer from Acct #*******9250 | Bank Funds Transfer | 9999-000 | 5,987.58 | | 5,987.58 |
| 07/27/11 | 003002 | Illinois Department of Revenue | Illinois R.O.T.A. & Use l | 2820-000 | | 5,987.58 | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | | 17,368.23 | 17,368.23 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less:  Bank Transfers/CD's | | 17,368.23 | 0.00 | |
| | | Subtotal | | 0.00 | 17,368.23 | |
| Memo Allocation Net: | 0.00 | Less:  Payments to Debtors | | | 0.00 | |
| | | Net | | 0.00 | 17,368.23 | |

| | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|---|
| Total Allocation Receipts: | 69,029.78 | TOTAL - ALL ACCOUNTS | | | |
| Total Allocation Disbursements: | 26,514.80 | Checking Account - *******8489 | 0.00 | 8,392.77 | 21,372.88 |
| | | Money Market Account (Interest Earn - *******9250 | 42,518.70 | -4,615.18 | 0.00 |
| Total Memo Allocation Net: | 42,514.98 | BofA - Checking Account - *******9263 | 0.00 | 17,368.23 | 0.00 |
| | | | 42,518.70 | 21,145.82 | 21,372.88 |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals          17,368.23          17,368.23

LFORM24

Ver: 18.04

EXHIBIT C

ANALYSIS OF CLAIMS REGISTER

Page 1                                                                                      Date: February 23, 2015

| Case Number: | 11-10416 | Claim Class, Priority Sequence | |
|---|---|---|---|
| Debtor Name: | DOMINICS KITCHEN STORE, INC. | | Joint Debtor: |
| Claims Bar Date: 08/18/11 | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000045 001 3110-00 | JENNER & BLOCK LLP 353 N. CLARK STREET CHICAGO, IL 60654-3456 | Administrative | | $0.00 | $11,664.00 | $11,664.00 |
| 000046 001 3120-00 | JENNER & BLOCK LLP 353 N. CLARK STREET CHICAGO, IL 60654-3456 | Administrative | | $0.00 | $1,199.73 | $1,199.73 |
| 000047 001 2100-00 | RONALD R. PETERSON, TRUSTEE JENNER & BLOCK LLP 353 NORTH CLARK STREET CHICAGO, IL  60654-3456 | Administrative | | $0.00 | $2,500.00 | $2,500.00 |
| 000048 001 2200-00 | RONALD R. PETERSON, TRUSTEE JENNER & BLOCK LLP 353 NORTH CLARK STREET CHICAGO, IL  60654-3456 | Administrative | | $0.00 | $85.26 | $85.26 |
| 000043 999 2690-73 | Illinois Department of Revenue Bankruptcy Section P.O. Box 64338 Chicago, IL 60664-0338 | Administrative | Filed 08/25/11 | $0.00 | $223.83 | $223.83 |
| 000011A 040 5800-00 | Internal Revenue Service Department of the Treasury PO Box 7346 Philadelphia PA 19101-7346 | Priority | Filed 05/27/11 (11-1) Modified Address 5/31/11 | $0.00 | $7,794.13 | $7,794.13 |
| 000041A 040 5800-00 | Illinois DepartmentofEmployment Security 33 South State Street Chicago, Illinois 60603 Attn: Bankruptcy Unit - 10th flr. | Priority | Filed 08/18/11 (41-1) Unemployment tax | $0.00 | $75.60 | $75.60 |
| 000042A 040 5800-00 | Illinois Department of Revenue Bankruptcy Section P.O. Box 64338 Chicago, IL 60664-0338 | Priority | Filed 08/25/11 | $0.00 | $6,169.58 | $6,169.58 |
| 000001 070 7100-00 | Janice Wichmann Hunsader 1852 Norman Park Ridge IL 60068 | Unsecured | Filed 04/28/11 | $0.00 | $150.00 | $150.00 |
| 000002 070 7100-00 | Jeannette Schuessler 216 South Evanston Avenue Arlington Heights, IL 60004 | Unsecured | Filed 04/29/11 | $0.00 | $40.00 | $40.00 |
| 000003 070 7100-00 | FedEx TechConnect Inc as Assg of FedEx Exp/FedEx Ground Attn Revenue Recovery/Bankruptcy 3965 Airways Blvd Module G, 3rd Fl Memphis TN 38116 | Unsecured | Filed 05/03/11 | $0.00 | $913.70 | $913.70 |

EXHIBIT C

ANALYSIS OF CLAIMS REGISTER

Page 2

Date: February 23, 2015

Case Number:   11-10416
Debtor Name:   DOMINICS KITCHEN STORE, INC.
Claims Bar Date: 08/18/11

Claim Class, Priority Sequence

Joint Debtor:

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000004 070 7100-00 | Stephanie R Stoll 329 S Fairview Ave Park Ridge IL 60068 | Unsecured | Filed 04/25/11 | $0.00 | $50.00 | $50.00 |
| 000005 070 7100-00 | Built New York Inc. 520 Broadway, Second Floor New York, NY 10012 | Unsecured | Filed 05/12/11 (5-1) goods sold | $0.00 | $2,385.00 | $0.00 |
| 000006 070 7100-00 | Andrew L Campbell 323 N Prospect Ave Park Ridge IL 60068 | Unsecured | Filed 05/16/11 | $0.00 | $82.84 | $82.84 |
| 000007 070 7100-00 | Rosemary W Cordes 100 N Wisner Park Ridge IL 60068 | Unsecured | Filed 05/19/11 | $0.00 | $50.00 | $50.00 |
| 000008 070 7100-00 | Pioneer Newspapers C/O Michael Weis Attorney PO Box 1166 Northbrook, IL 60065 | Unsecured | Filed 05/25/11 | $0.00 | $1,577.00 | $1,577.00 |
| 000009 070 7100-00 | Nancy K Tordal Peters & Nye LLP 14 Executive Court South Barrington IL 60010 | Unsecured | Filed 05/25/11 | $0.00 | $75.00 | $75.00 |
| 000011B 070 7100-00 | Internal Revenue Service Department of the Treasury PO Box 7346 Philadelphia PA 19101-7346 | Unsecured | Filed 05/27/11 (11-1) Modified Address 5/31/11 | $0.00 | $1,110.64 | $1,110.64 |
| 000012 070 7100-00 | Lakeshore Waste Services LLC 6132 Oakton St. Morton Grove, IL 60053 | Unsecured | Filed 05/27/11 | $0.00 | $119.71 | $119.71 |
| 000013 070 7100-00 | Component Design NW, Inc. P.O. Box 10947 Portland, OR 97296-0947 | Unsecured | Filed 05/31/11 | $0.00 | $1,030.39 | $1,030.39 |
| 000014 070 7100-00 | Northern Plains Distributors Inc. P.O. Box 1921 Fargo, ND 58107 | Unsecured | Filed 05/31/11 | $0.00 | $2,590.17 | $2,590.17 |
| 000015 070 7100-00 | Frieling USA Inc. 1920 Center Park Drive Charlotte, NC 28217-2901 | Unsecured | Filed 05/31/11 | $0.00 | $342.45 | $342.45 |
| 000016 070 7100-00 | Tag/Trade Associates Group Ltd. 1730 West Wrightwood Chicago, IL 60614-1972 | Unsecured | Filed 05/31/11 | $0.00 | $1,954.41 | $1,954.41 |
| 000017 070 7100-00 | Grant Howard Associates 450 Heritage Rd. Suite 4C Southbury, CT 06488 | Unsecured | Filed 05/31/11 | $0.00 | $1,203.75 | $1,203.75 |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Page 3                                                                                   Date: February 23, 2015

| Case Number: | 11-10416 | Claim Class, Priority Sequence | | |
| Debtor Name: | DOMINICS KITCHEN STORE, INC. | | Joint Debtor: | |
| Claims Bar Date: 08/18/11 | | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000018 070 7100-00 | Janice Wichmann Hunsader 1852 Norman Park Ridge IL 60068 | Unsecured | Filed 05/31/11 | $0.00 | $150.00 | $150.00 |
| 000019 070 7100-00 | Sassafras Enterprises Inc. 1622 West Carroll Ave. Chicago, IL 60612 | Unsecured | Filed 05/31/11 | $0.00 | $742.44 | $742.44 |
| 000020 070 7100-00 | Focused Products Group LLC 300 Knightsbridge Parkway Suite 500 Lincolnshire, IL 60069 | Unsecured | Filed 06/01/11 | $0.00 | $2,802.83 | $2,802.83 |
| 000021 070 7100-00 | NexTrend 11300Coloma Rd. Suite A8 Gold River, CA 95670 | Unsecured | Filed 06/01/11 | $0.00 | $240.00 | $240.00 |
| 000022 070 7100-00 | Wilshire Industries LLC 1001 Calle Recodo San Clemente, CA 92673 | Unsecured | Filed 06/01/11 | $0.00 | $1,276.75 | $1,276.75 |
| 000023 070 7100-00 | Harold Import Company Incorporated 747 Vasser Ave. Lakewood, NJ 08701 | Unsecured | Filed 06/01/11 | $0.00 | $2,445.79 | $2,445.79 |
| 000024 070 7100-00 | Baker's Edge 484 East Carmel Drive Unit 355 Carmel, IN 46032-2812 | Unsecured | Filed 06/02/11 | $0.00 | $2,337.65 | $2,337.65 |
| 000025 070 7100-00 | Northland Aluminum Products Inc. DBA Nordic Ware 5005 Country Rd 25 St. Louis Park, MN 55416-2274 | Unsecured | Filed 06/03/11 | $0.00 | $2,503.62 | $2,503.62 |
| 000026 070 7100-00 | Mary G Schipp 305 S Clifton Park Ridge IL 60068 | Unsecured | Filed 06/07/11 | $0.00 | $17.74 | $17.74 |
| 000028 070 7100-00 | DKB Household USA One Post Suite 100 Irvine, TX 92618 | Unsecured | Filed 06/08/11 | $0.00 | $2,089.17 | $2,089.17 |
| 000029 070 7100-00 | American Express Travel Related Services Co, Inc c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | Unsecured | Filed 06/16/11 (29-1) CREDIT CARD DEBT | $0.00 | $174.64 | $0.00 |
| 000030 070 7100-00 | F. J. Kerrigan Plumbing Co. Inc. 811 Ridge Rd Wilmette, IL 60091-2494 | Unsecured | Filed 06/20/11 | $0.00 | $1,108.04 | $1,108.04 |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Page 4                                                                                                      Date: February 23, 2015

Case Number:    11-10416                        Claim Class, Priority Sequence
Debtor Name:    DOMINICS KITCHEN STORE, INC.                        Joint Debtor:
Claims Bar Date: 08/18/11

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000031 070 7100-00 | Built NY Inc. Coface North America Insurance Company 50 Millstone Rd., Bldg. 100, Ste. 360 East Windsor, NJ 08520 | Unsecured | Filed 06/29/11 (31-1) account # 23355 | $0.00 | $2,385.00 | $2,385.00 |
| 000032 070 7100-00 | F. J. Kerrigan Plumbing Co. Inc. 811 Ridge Rd Wilmette, IL 60091-2494 | Unsecured | Filed 06/28/11 | $0.00 | $1,108.04 | $1,108.04 |
| 000033 070 7100-00 | Siege Chemical Company 6340 Via Tierra Boca Raton, FL 33433 | Unsecured | Filed 06/28/11 | $0.00 | $814.32 | $814.32 |
| 000034 070 7100-00 | Fred I. Gillick, Co., Inc. c/o David A. Newby Coman & Anderson, P.C. 2525 Cabot Drive, Suite 300 Lisle, IL 60532 | Unsecured | Filed 06/30/11 | $0.00 | $150,123.53 | $150,123.53 |
| 000035 070 7100-00 | Jeannette Schuessler 216 South Evanston Avenue Arlington Heights, IL 60004 | Unsecured | Filed 07/12/11 | $0.00 | $40.00 | $40.00 |
| 000036 070 7100-00 | OXO International Ltd One Helen Of Troy Plaza El Paso, TX 79912-1148 | Unsecured | Filed 08/02/11 | $0.00 | $6,913.68 | $6,913.68 |
| 000037 070 7100-00 | USA Pan d/b/a American Pan Co 33 McGovern Blvd. Crescent, PA 15046-5452 | Unsecured | Filed 08/02/11 | $0.00 | $1,538.90 | $1,538.90 |
| 000038 070 7100-00 | American Express Bank, FSB c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | Unsecured | Filed 08/05/11 (38-1) CREDIT CARD DEBT | $0.00 | $3,818.85 | $3,818.85 |
| 000039 070 7100-00 | PNC BANK PO BOX 94982 CLEVELAND,OH 44101 | Unsecured | Filed 08/09/11 (39-1) collateral = unsecured asset  8981 (39-1) submitted by jborkey | $0.00 | $18,447.67 | $18,447.67 |
| 000040 070 7100-00 | FIA Card Services, NA/Bank of America by American InfoSource LP as its agent PO Box 248809 Oklahoma City, OK 73124-8809 | Unsecured | Filed 08/17/11 | $0.00 | $14,707.12 | $14,707.12 |
| 000041B 070 7100-00 | Illinois Department of Employment Security 33 South State Street Chicago, Illinois 60603 Attn: Bankruptcy Unit - 10th flr. | Unsecured | Filed 08/18/11 (41-1) Unemployment tax | $0.00 | $49.37 | $49.37 |

|  |  | EXHIBIT C | |  |  |  | |
| Page 5 | | ANALYSIS OF CLAIMS REGISTER | | | | | Date: February 23, 2015 |

Case Number:    11-10416  
Debtor Name:    DOMINICS KITCHEN STORE, INC.  
Claims Bar Date: 08/18/11

Claim Class, Priority Sequence

Joint Debtor:

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000042B<br>080<br>7200-00 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | Unsecured | Filed 08/25/11 | $0.00 | $494.84 | $494.84 |
| 000044<br>080<br>7200-00 | NACM Oregon<br>7931 NE Halsey Street<br>Suite 200<br>Portland OR 97213-6755 | Unsecured | Filed 09/30/11 | $0.00 | $1,030.39 | $1,030.39 |
| 000010<br>050<br>4210-00 | US Bancorp Manifest Funding Services<br>Attn: Bkcy Dept<br>1450 Channel Parkway<br>Marshall, MN 56258 | Secured | Filed 05/26/11 | $0.00 | $42,335.50 | $42,335.50 |
| 000027<br>050<br>4210-00 | PNC Bank National Association<br>23000 Millcreek Blvd B-7-YB72-02-2<br>Highland Hills, OH 44122-5720<br>Debra Coleman | Secured | Filed 06/07/11 | $0.00 | $26,012.04 | $26,012.04 |
| | Case Totals: | | | $0.00 | $329,095.11 | $326,535.47 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 11-10416 ABG
Case Name: DOMINICS KITCHEN STORE, INC.
Trustee Name: RONALD R. PETERSON

Balance on hand                                        $

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000010 | US Bancorp Manifest Funding Services Attn: Bkcy Dept 1450 Channel Parkway Marshall, MN 56258 | $ | $ | $ | $ |
| 000027 | PNC Bank National Association 23000 Millcreek Blvd B-7-YB72-02-2 Highland Hills, OH 44122-5720 Debra Coleman | $ | $ | $ | $ |

Total to be paid to secured creditors            $_____

Remaining Balance                                $_____


Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: RONALD R. PETERSON | $ | $ | $ |
| Trustee Expenses: RONALD R. PETERSON | $ | $ | $ |

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Attorney for Trustee Fees: JENNER & BLOCK LLP | $ | $ | $ |
| Attorney for Trustee Expenses: JENNER & BLOCK LLP | $ | $ | $ |
| Other: Illinois Department of Revenue | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses      $_____

Remaining Balance      $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $_____ must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000011A | Internal Revenue Service Department of the Treasury PO Box 7346 Philadelphia PA 19101-7346 | $ | $ | $ |
| 000041A | Illinois DepartmentofEmployment Security 33 South State Street Chicago, Illinois 60603 Attn: Bankruptcy Unit - 10th flr. | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000042A | Illinois Department of Revenue Bankruptcy Section P.O. Box 64338 Chicago, IL 60664-0338 | $ | $ | $ |

Total to be paid to priority creditors      $_____

Remaining Balance      $_____

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $     have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Janice Wichmann Hunsader 1852 Norman Park Ridge IL 60068 | $ | $ | $ |
| 000002 | Jeannette Schuessler 216 South Evanston Avenue Arlington Heights, IL 60004 | $ | $ | $ |
| 000003 | FedEx TechConnect Inc as Assg of FedEx Exp/FedEx Ground Attn Revenue Recovery/Bankruptcy 3965 Airways Blvd Module G, 3rd Fl Memphis TN 38116 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000004 | Stephanie R Stoll<br>329 S Fairview Ave<br>Park Ridge IL 60068 | $ | $ | $ |
| 000006 | Andrew L Campbell<br>323 N Prospect Ave<br>Park Ridge IL 60068 | $ | $ | $ |
| 000007 | Rosemary W Cordes<br>100 N Wisner<br>Park Ridge IL 60068 | $ | $ | $ |
| 000008 | Pioneer Newspapers<br>C/O Michael Weis<br>Attorney<br>PO Box 1166<br>Northbrook, IL 60065 | $ | $ | $ |
| 000009 | Nancy K Tordal<br>Peters & Nye LLP<br>14 Executive Court<br>South Barrington IL 60010 | $ | $ | $ |
| 000011B | Internal Revenue Service<br>Department of the Treasury<br>PO Box 7346<br>Philadelphia PA 19101-7346 | $ | $ | $ |
| 000012 | Lakeshore Waste Services LLC<br>6132 Oakton St.<br>Morton Grove, IL 60053 | $ | $ | $ |
| 000013 | Component Design NW, Inc.<br>P.O. Box 10947<br>Portland, OR 97296-0947 | $ | $ | $ |
| 000014 | Northern Plains Distributors Inc.<br>P.O. Box 1921<br>Fargo, ND 58107 | $ | $ | $ |
| 000015 | Frieling USA Inc.<br>1920 Center Park Drive<br>Charlotte, NC 28217-2901 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000016 | Tag/Trade Associates Group Ltd. 1730 West Wrightwood Chicago, IL 60614-1972 | $ | $ | $ |
| 000017 | Grant Howard Associates 450 Heritage Rd. Suite 4C Southbury, CT 06488 | $ | $ | $ |
| 000018 | Janice Wichmann Hunsader 1852 Norman Park Ridge IL 60068 | $ | $ | $ |
| 000019 | Sassafras Enterprises Inc. 1622 West Carroll Ave. Chicago, IL 60612 | $ | $ | $ |
| 000020 | Focused Products Group LLC 300 Knightsbridge Parkway Suite 500 Lincolnshire, IL 60069 | $ | $ | $ |
| 000021 | NexTrend 11300Coloma Rd. Suite A8 Gold River, CA 95670 | $ | $ | $ |
| 000022 | Wilshire Industries LLC 1001 Calle Recodo San Clemente, CA 92673 | $ | $ | $ |
| 000023 | Harold Import Company Incorporated 747 Vasser Ave. Lakewood, NJ 08701 | $ | $ | $ |
| 000024 | Baker's Edge 484 East Carmel Drive Unit 355 Carmel, IN 46032-2812 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000025 | Northland Aluminum Products Inc. DBA Nordic Ware 5005 Country Rd 25 St. Louis Park, MN 55416-2274 | $ | $ | $ |
| 000026 | Mary G Schipp 305 S Clifton Park Ridge IL 60068 | $ | $ | $ |
| 000028 | DKB Household USA One Post Suite 100 Irvine, TX 92618 | $ | $ | $ |
| 000030 | F. J. Kerrigan Plumbing Co. Inc. 811 Ridge Rd Wilmette, IL 60091-2494 | $ | $ | $ |
| 000031 | Built NY Inc. Coface North America Insurance Company 50 Millstone Rd., Bldg. 100, Ste. 360 East Windsor, NJ 08520 | $ | $ | $ |
| 000032 | F. J. Kerrigan Plumbing Co. Inc. 811 Ridge Rd Wilmette, IL 60091-2494 | $ | $ | $ |
| 000033 | Siege Chemical Company 6340 Via Tierra Boca Raton, FL 33433 | $ | $ | $ |
| 000034 | Fred I. Gillick, Co., Inc. c/o David A. Newby Coman & Anderson, P.C. 2525 Cabot Drive, Suite 300 Lisle, IL 60532 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000035 | Jeannette Schuessler<br>216 South Evanston Avenue<br>Arlington Heights, IL 60004 | $ | $ | $ |
| 000036 | OXO International Ltd<br>One Helen Of Troy Plaza<br>El Paso, TX 79912-1148 | $ | $ | $ |
| 000037 | USA Pan d/b/a American Pan Co<br>33 McGovern Blvd.<br>Crescent, PA 15046-5452 | $ | $ | $ |
| 000038 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | $ | $ | $ |
| 000039 | PNC BANK<br>PO BOX 94982<br>CLEVELAND,OH 44101 | $ | $ | $ |
| 000040 | FIA Card Services, NA/Bank of America<br>by American InfoSource LP as its agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | $ | $ | $ |
| 000041B | Illinois Department of Employment Security<br>33 South State Street<br>Chicago, Illinois 60603<br>Attn: Bankruptcy Unit - 10th flr. | $ | $ | $ |

Total to be paid to timely general unsecured creditors     $_____

Remaining Balance     $_____

Tardily filed claims of general (unsecured) creditors totaling $           have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be       percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000042B | Illinois Department of Revenue Bankruptcy Section P.O. Box 64338 Chicago, IL 60664-0338 | $ | $ | $ |
| 000044 | NACM Oregon 7931 NE Halsey Street Suite 200 Portland OR 97213-6755 | $ | $ | $ |

Total to be paid to tardy general unsecured creditors        $_____

Remaining Balance        $_____

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $        have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be       percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE