## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF
### DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| DOMINICS KITCHEN STORE, INC. | § | Case No. 11-10416 ABG |
| | § | |
| Debtor(s) | § | |

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that RONALD R. PETERSON, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

CLERK OF THE U.S. BANKRUPTCY COURT
KENNETH S. GARDNER
219 S. Dearborn St.
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 03/25/2015 in Courtroom 642,

UNITED STATES BANKRUPTCY COURT
219 S. Dearborn St.
Chicago, IL  60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 02/24/2015                    By: UNITED STATES BANKRUPTCY
                                               COURT
                                                                Clerk

*RONALD R. PETERSON*
*JENNER & BLOCK LLP*
*353 N. CLARK STREET*
*CHICAGO, IL 60654-3456*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS
### CHICAGO **DIVISION**

In re: §
§
DOMINICS KITCHEN STORE, INC. § Case No. 11-10416 ABG
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

The Final Report shows receipts of $

and approved disbursements of $

leaving a balance on hand of[1] $

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000010 | US Bancorp Manifest Funding Services Attn: Bkcy Dept 1450 Channel Parkway Marshall, MN 56258 | $ | $ | $ | $ |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| | PNC Bank National Association 23000 Millcreek Blvd B-7-YB72-02-2 Highland Hills, OH 44122-5720 | | | | |
| 000027 | Debra Coleman | $ | $ | $ | $ |

Total to be paid to secured creditors   $_____

Remaining Balance   $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: RONALD R. PETERSON | $ | $ | $ |
| Trustee Expenses: RONALD R. PETERSON | $ | $ | $ |
| Attorney for Trustee Fees: JENNER & BLOCK LLP | $ | $ | $ |
| Attorney for Trustee Expenses: JENNER & BLOCK LLP | $ | $ | $ |
| Other: Illinois Department of Revenue | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses   $_____

Remaining Balance   $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $_____ must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000011A | Internal Revenue Service Department of the Treasury PO Box 7346 Philadelphia PA 19101-7346 | $ | $ | $ |
| 000041A | Illinois DepartmentofEmployment Security 33 South State Street Chicago, Illinois 60603 Attn: Bankruptcy Unit - 10th flr. | $ | $ | $ |
| 000042A | Illinois Department of Revenue Bankruptcy Section P.O. Box 64338 Chicago, IL 60664-0338 | $ | $ | $ |

Total to be paid to priority creditors          $_____

Remaining Balance                                       $_____


The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be          percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Janice Wichmann Hunsader 1852 Norman Park Ridge IL 60068 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | Jeannette Schuessler<br>216 South Evanston Avenue<br>Arlington Heights, IL 60004 | $ | $ | $ |
| 000003 | FedEx TechConnect Inc as Assg of FedEx Exp/FedEx Ground Attn Revenue Recovery/Bankruptcy 3965 Airways Blvd Module G, 3rd Fl Memphis TN 38116 | $ | $ | $ |
| 000004 | Stephanie R Stoll<br>329 S Fairview Ave<br>Park Ridge IL 60068 | $ | $ | $ |
| 000006 | Andrew L Campbell<br>323 N Prospect Ave<br>Park Ridge IL 60068 | $ | $ | $ |
| 000007 | Rosemary W Cordes<br>100 N Wisner<br>Park Ridge IL 60068 | $ | $ | $ |
| 000008 | Pioneer Newspapers<br>C/O Michael Weis<br>Attorney<br>PO Box 1166<br>Northbrook, IL 60065 | $ | $ | $ |
| 000009 | Nancy K Tordal<br>Peters & Nye LLP<br>14 Executive Court<br>South Barrington IL 60010 | $ | $ | $ |
| 000011B | Internal Revenue Service Department of the Treasury<br>PO Box 7346<br>Philadelphia PA 19101-7346 | $ | $ | $ |
| 000012 | Lakeshore Waste Services LLC<br>6132 Oakton St.<br>Morton Grove, IL 60053 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000013 | Component Design NW, Inc.<br>P.O. Box 10947<br>Portland, OR 97296-0947 | $ | $ | $ |
| 000014 | Northern Plains Distributors Inc.<br>P.O. Box 1921<br>Fargo, ND 58107 | $ | $ | $ |
| 000015 | Frieling USA Inc.<br>1920 Center Park Drive<br>Charlotte, NC 28217-2901 | $ | $ | $ |
| 000016 | Tag/Trade Associates Group Ltd.<br>1730 West Wrightwood<br>Chicago, IL 60614-1972 | $ | $ | $ |
| 000017 | Grant Howard Associates<br>450 Heritage Rd.<br>Suite 4C<br>Southbury, CT 06488 | $ | $ | $ |
| 000018 | Janice Wichmann Hunsader<br>1852 Norman<br>Park Ridge IL 60068 | $ | $ | $ |
| 000019 | Sassafras Enterprises Inc.<br>1622 West Carroll Ave.<br>Chicago, IL 60612 | $ | $ | $ |
| 000020 | Focused Products Group LLC<br>300 Knightsbridge Parkway<br>Suite 500<br>Lincolnshire, IL 60069 | $ | $ | $ |
| 000021 | NexTrend<br>11300Coloma Rd.<br>Suite A8<br>Gold River, CA 95670 | $ | $ | $ |
| 000022 | Wilshire Industries LLC<br>1001 Calle Recodo<br>San Clemente, CA 92673 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000023 | Harold Import Company Incorporated 747 Vasser Ave. Lakewood, NJ 08701 | $ | $ | $ |
| 000024 | Baker's Edge 484 East Carmel Drive Unit 355 Carmel, IN 46032-2812 | $ | $ | $ |
| 000025 | Northland Aluminum Products Inc. DBA Nordic Ware 5005 Country Rd 25 St. Louis Park, MN 55416-2274 | $ | $ | $ |
| 000026 | Mary G Schipp 305 S Clifton Park Ridge IL 60068 | $ | $ | $ |
| 000028 | DKB Household USA One Post Suite 100 Irvine, TX 92618 | $ | $ | $ |
| 000030 | F. J. Kerrigan Plumbing Co. Inc. 811 Ridge Rd Wilmette, IL 60091-2494 | $ | $ | $ |
| 000031 | Built NY Inc. Coface North America Insurance Company 50 Millstone Rd., Bldg. 100, Ste. 360 East Windsor, NJ 08520 | $ | $ | $ |
| 000032 | F. J. Kerrigan Plumbing Co. Inc. 811 Ridge Rd Wilmette, IL 60091-2494 | $ | $ | $ |
| 000033 | Siege Chemical Company 6340 Via Tierra Boca Raton, FL 33433 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000034 | Fred I. Gillick, Co., Inc. c/o David A. Newby Coman & Anderson, P.C. 2525 Cabot Drive, Suite 300 Lisle, IL 60532 | $ | $ | $ |
| 000035 | Jeannette Schuessler 216 South Evanston Avenue Arlington Heights, IL 60004 | $ | $ | $ |
| 000036 | OXO International Ltd One Helen Of Troy Plaza El Paso, TX 79912-1148 | $ | $ | $ |
| 000037 | USA Pan d/b/a American Pan Co 33 McGovern Blvd. Crescent, PA 15046-5452 | $ | $ | $ |
| 000038 | American Express Bank, FSB c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | $ | $ | $ |
| 000039 | PNC BANK PO BOX 94982 CLEVELAND,OH 44101 | $ | $ | $ |
| 000040 | FIA Card Services, NA/Bank of America by American InfoSource LP as its agent PO Box 248809 Oklahoma City, OK 73124-8809 | $ | $ | $ |
| 000041B | Illinois Department of Employment Security 33 South State Street Chicago, Illinois 60603 Attn: Bankruptcy Unit - 10th flr. | $ | $ | $ |

Total to be paid to timely general unsecured creditors    $_____

Remaining Balance    $_____

Tardily filed claims of general (unsecured) creditors totaling $        have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be        percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000042B | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | $ | $ | $ |
| 000044 | NACM Oregon<br>7931 NE Halsey Street<br>Suite 200<br>Portland OR 97213-6755 | $ | $ | $ |

Total to be paid to tardy general unsecured creditors    $_____

Remaining Balance    $_____

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $        have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be        percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Ronald R. Peterson _____
Trustee

*RONALD R. PETERSON*
*JENNER & BLOCK LLP*
*353 N. CLARK STREET*
*CHICAGO, IL 60654-3456*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.