## UNITED STATES BANKRUPTCY COURT
### NORTHERN **DISTRICT OF** ILLINOIS
#### CHICAGO **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| DOMINICS KITCHEN STORE, INC. | § | Case No. 11-10416 ABG |
| | § | |
| Debtor(s) | § | |

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that RONALD R. PETERSON, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

> CLERK OF THE U.S. BANKRUPTCY COURT
> KENNETH S. GARDNER
> 219 S. Dearborn St.
> Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 03/25/2015 in Courtroom 642,

> UNITED STATES BANKRUPTCY COURT
> 219 S. Dearborn St.
> Chicago, IL  60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 02/24/2015

By: UNITED STATES BANKRUPTCY COURT

Clerk

*RONALD R. PETERSON*
*JENNER & BLOCK LLP*
*353 N. CLARK STREET*
*CHICAGO, IL 60654-3456*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### CHICAGO DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| DOMINICS KITCHEN STORE, INC. | § | Case No. 11-10416 ABG |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 69,033.50 |
| and approved disbursements of | $ | 47,660.62 |
| leaving a balance on hand of[1] | $ | 21,372.88 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| | US Bancorp Manifest Funding Services Attn: Bkcy Dept 1450 Channel Parkway Marshall, MN | | | | |
| 000010 | 56258 | $ 42,335.50 | $ 42,335.50 | $ 0.00 | $ 0.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| | PNC Bank National Association 23000 Millcreek Blvd B-7-YB72-02-2 Highland Hills, OH 44122-5720 | | | | |
| 000027 | Debra Coleman | $ 26,012.04 | $ 26,012.04 | $ 0.00 | $ 0.00 |

Total to be paid to secured creditors     $                    0.00

Remaining Balance     $          21,372.88

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: RONALD R. PETERSON | $ 2,500.00 | $ 0.00 | $ 2,500.00 |
| Trustee Expenses: RONALD R. PETERSON | $ 85.26 | $ 0.00 | $ 85.26 |
| Attorney for Trustee Fees: JENNER & BLOCK LLP | $ 11,664.00 | $ 0.00 | $ 11,664.00 |
| Attorney for Trustee Expenses: JENNER & BLOCK LLP | $ 1,199.73 | $ 0.00 | $ 1,199.73 |
| Other: Illinois Department of Revenue | $ 223.83 | $ 0.00 | $ 223.83 |

Total to be paid for chapter 7 administrative expenses     $          15,672.82

Remaining Balance     $            5,700.06

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 14,039.31  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000011A | Internal Revenue Service Department of the Treasury PO Box 7346 Philadelphia PA 19101-7346 | $ 7,794.13 | $ 0.00 | $ 3,164.47 |
| 000041A | Illinois DepartmentofEmployment Security 33 South State Street Chicago, Illinois 60603 Attn: Bankruptcy Unit - 10th flr. | $ 75.60 | $ 0.00 | $ 30.69 |
| 000042A | Illinois Department of Revenue Bankruptcy Section P.O. Box 64338 Chicago, IL 60664-0338 | $ 6,169.58 | $ 0.00 | $ 2,504.90 |

Total to be paid to priority creditors                                $ 5,700.06

Remaining Balance                                                          $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 226,950.57 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Janice Wichmann Hunsader 1852 Norman Park Ridge IL 60068 | $ 150.00 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | Jeannette Schuessler 216 South Evanston Avenue Arlington Heights, IL 60004 | $ 40.00 | $ 0.00 | $ 0.00 |
| 000003 | FedEx TechConnect Inc as Assg of FedEx Exp/FedEx Ground Attn Revenue Recovery/Bankruptcy 3965 Airways Blvd Module G, 3rd Fl Memphis TN 38116 | $ 913.70 | $ 0.00 | $ 0.00 |
| 000004 | Stephanie R Stoll 329 S Fairview Ave Park Ridge IL 60068 | $ 50.00 | $ 0.00 | $ 0.00 |
| 000006 | Andrew L Campbell 323 N Prospect Ave Park Ridge IL 60068 | $ 82.84 | $ 0.00 | $ 0.00 |
| 000007 | Rosemary W Cordes 100 N Wisner Park Ridge IL 60068 | $ 50.00 | $ 0.00 | $ 0.00 |
| 000008 | Pioneer Newspapers C/O Michael Weis Attorney PO Box 1166 Northbrook, IL 60065 | $ 1,577.00 | $ 0.00 | $ 0.00 |
| 000009 | Nancy K Tordal Peters & Nye LLP 14 Executive Court South Barrington IL 60010 | $ 75.00 | $ 0.00 | $ 0.00 |
| 000011B | Internal Revenue Service Department of the Treasury PO Box 7346 Philadelphia PA 19101-7346 | $ 1,110.64 | $ 0.00 | $ 0.00 |
| 000012 | Lakeshore Waste Services LLC 6132 Oakton St. Morton Grove, IL 60053 | $ 119.71 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000013 | Component Design NW, Inc. P.O. Box 10947 Portland, OR 97296-0947 | $ 1,030.39 | $ 0.00 | $ 0.00 |
| 000014 | Northern Plains Distributors Inc. P.O. Box 1921 Fargo, ND 58107 | $ 2,590.17 | $ 0.00 | $ 0.00 |
| 000015 | Frieling USA Inc. 1920 Center Park Drive Charlotte, NC 28217-2901 | $ 342.45 | $ 0.00 | $ 0.00 |
| 000016 | Tag/Trade Associates Group Ltd. 1730 West Wrightwood Chicago, IL 60614-1972 | $ 1,954.41 | $ 0.00 | $ 0.00 |
| 000017 | Grant Howard Associates 450 Heritage Rd. Suite 4C Southbury, CT 06488 | $ 1,203.75 | $ 0.00 | $ 0.00 |
| 000018 | Janice Wichmann Hunsader 1852 Norman Park Ridge IL 60068 | $ 150.00 | $ 0.00 | $ 0.00 |
| 000019 | Sassafras Enterprises Inc. 1622 West Carroll Ave. Chicago, IL 60612 | $ 742.44 | $ 0.00 | $ 0.00 |
| 000020 | Focused Products Group LLC 300 Knightsbridge Parkway Suite 500 Lincolnshire, IL 60069 | $ 2,802.83 | $ 0.00 | $ 0.00 |
| 000021 | NexTrend 11300Coloma Rd. Suite A8 Gold River, CA 95670 | $ 240.00 | $ 0.00 | $ 0.00 |
| 000022 | Wilshire Industries LLC 1001 Calle Recodo San Clemente, CA 92673 | $ 1,276.75 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000023 | Harold Import Company Incorporated 747 Vasser Ave. Lakewood, NJ 08701 | $ 2,445.79 | $ 0.00 | $ 0.00 |
| 000024 | Baker's Edge 484 East Carmel Drive Unit 355 Carmel, IN 46032-2812 | $ 2,337.65 | $ 0.00 | $ 0.00 |
| 000025 | Northland Aluminum Products Inc. DBA Nordic Ware 5005 Country Rd 25 St. Louis Park, MN 55416-2274 | $ 2,503.62 | $ 0.00 | $ 0.00 |
| 000026 | Mary G Schipp 305 S Clifton Park Ridge IL 60068 | $ 17.74 | $ 0.00 | $ 0.00 |
| 000028 | DKB Household USA One Post Suite 100 Irvine, TX 92618 | $ 2,089.17 | $ 0.00 | $ 0.00 |
| 000030 | F. J. Kerrigan Plumbing Co. Inc. 811 Ridge Rd Wilmette, IL 60091-2494 | $ 1,108.04 | $ 0.00 | $ 0.00 |
| 000031 | Built NY Inc. Coface North America Insurance Company 50 Millstone Rd., Bldg. 100, Ste. 360 East Windsor, NJ 08520 | $ 2,385.00 | $ 0.00 | $ 0.00 |
| 000032 | F. J. Kerrigan Plumbing Co. Inc. 811 Ridge Rd Wilmette, IL 60091-2494 | $ 1,108.04 | $ 0.00 | $ 0.00 |
| 000033 | Siege Chemical Company 6340 Via Tierra Boca Raton, FL 33433 | $ 814.32 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000034 | Fred I. Gillick, Co., Inc. c/o David A. Newby Coman & Anderson, P.C. 2525 Cabot Drive, Suite 300 Lisle, IL 60532 | $ 150,123.53 | $ 0.00 | $ 0.00 |
| 000035 | Jeannette Schuessler 216 South Evanston Avenue Arlington Heights, IL 60004 | $ 40.00 | $ 0.00 | $ 0.00 |
| 000036 | OXO International Ltd One Helen Of Troy Plaza El Paso, TX 79912-1148 | $ 6,913.68 | $ 0.00 | $ 0.00 |
| 000037 | USA Pan d/b/a American Pan Co 33 McGovern Blvd. Crescent, PA 15046-5452 | $ 1,538.90 | $ 0.00 | $ 0.00 |
| 000038 | American Express Bank, FSB c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | $ 3,818.85 | $ 0.00 | $ 0.00 |
| 000039 | PNC BANK PO BOX 94982 CLEVELAND,OH 44101 | $ 18,447.67 | $ 0.00 | $ 0.00 |
| 000040 | FIA Card Services, NA/Bank of America by American InfoSource LP as its agent PO Box 248809 Oklahoma City, OK 73124-8809 | $ 14,707.12 | $ 0.00 | $ 0.00 |
| 000041B | Illinois Department of Employment Security 33 South State Street Chicago, Illinois 60603 Attn: Bankruptcy Unit - 10th flr. | $ 49.37 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors          $_____ 0.00

Remaining Balance                                             $_____ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 1,525.23  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000042B | Illinois Department of Revenue Bankruptcy Section P.O. Box 64338 Chicago, IL 60664-0338 | $       494.84 | $       0.00 | $       0.00 |
| 000044 | NACM Oregon 7931 NE Halsey Street Suite 200 Portland OR 97213-6755 | $       1,030.39 | $       0.00 | $       0.00 |

Total to be paid to tardy general unsecured creditors $\underline{\hspace{3cm}0.00}$

Remaining Balance $\underline{\hspace{3cm}0.00}$

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Ronald R. Peterson

Trustee

*RONALD R. PETERSON*
*JENNER & BLOCK LLP*
*353 N. CLARK STREET*
*CHICAGO, IL 60654-3456*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 11-10416-ABG
Dominic's Kitchen Store, Inc.                                       Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: mflowers        Page 1 of 3          Date Rcvd: Feb 24, 2015
                             Form ID: pdf006        Total Noticed: 101


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 26, 2015.
```
db             +Dominic's Kitchen Store, Inc.,    116 Main St.,    Park Ridge, IL 60068-4030
aty            +Ronald R Peterson,    Jenner & Block LLP,    353 N. Clark Street,    Chicago, IL 60654-5474
16953413       +A.M. Braswell Jr., Food Co.,    P.O. Box 485,    Statesboro, GA 30459-0485
16953415       +Alan Sobel,    125 Dupee Place,    Wilmette, IL 60091-3401
16953416        All Clad Metal Crafters LLC,    P.O. Box 414431,    Boston, MA  02241-4431
16953417        American Express,    Box 0001,    Los Angeles, CA  90096-8000
17636415        American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
16953418        American Express Merchant Services,    P.O. Box 53852,    Phoenix, AZ  85072-3852
17417086        American Express Travel Related Services,    Co, Inc,    c o Becket and Lee LLP,    POB 3001,
                 Malvern, PA 19355-0701
17284082       +Andrew L Campbell,    323 N Prospect Ave,    Park Ridge IL 60068-3573
16953419        Arcadia Publishing,    4201 Wando Park Blvd.,    Mount Pleasant, SC  29464
16953420       +Baker's Edge,    484 East Carmel Drive,    Unit 355,    Carmel, IN  46032-2812
16953421       +Banana Saver Inc.,    P.O. Box 421,    Hinkley, OH 44233-0421
16953422        Bank Of America/ Platinum  Visa,    P.O. Box 15710,    Wilmington, DE  19886-5710
17478670        Built NY Inc.,    Coface North America Insurance Company,
                 50 Millstone Rd., Bldg. 100, Ste. 360,    East Windsor, NJ 08520-1415
16953423        Built New York Inc.,    520 Broadway, Second Floor,    New York, NY  10012
16953424       +By The Glass LLC, DBA Go Vino,    31930 Highway 79,    Wisner Springs, CA 92086-9625
16953425       +Carlisle Enterprises Inc.,    237 Dato Dr.,    Streamwood, IL 60107-1100
16953426       +Carmies Kitchen,    210 Windco Cir.,    Wilie, TX 75098-5203
16953427       +Chantal,    5425 North Sam Houston Parkway West,    Houston, TX 77086-1436
16953428        Chef'n,    152 Five Fourth Ave..,    Suite 700,    Seattle, WA 98101
16953411        Comcast,    P.O. Box 3002,    Southeastern, PA  19398-3002
16953431        Component Design NW,    Inc.,    P.O. Box 10947,    Portland, OR  97296-0947
16953433       +DKB Household USA,    One Post,    Suite 100,    Irvine, TX 92618-5218
16953412        Early Warning Alarms Inc.,    7720 W. Thule Ave., Unit B,    Chicago, IL  60631
16953434       +Early Warning Alarms, Inc.,    7720 West Touhy Ave.,    Unit B,    Chicago, IL 60631-4260
16953435       +Emile Henry USA Corp.,    802 Centerpoint Blvd.,    Newcastle, DE 19720-8123
16953436       +Epicurean,    1325 North 59th Ave. West,    Duluth, MN 55807-1239
16953437        F. J. Kerrigan  Plumbing Co. Inc.,    811 Ridge Rd,    Wilmette, IL  60091-2494
16953438        FedEx,    P.O. Box 94515,    Palatine, IL  60094-4515
17229697       +FedEx TechConnect Inc,    as Assg of FedEx Exp/FedEx Ground,    Attn Revenue Recovery/Bankruptcy,
                 3965 Airways Blvd Module G, 3rd Fl,    Memphis TN 38116-5017
16953439       +Fire And Flavor,    Client 792,    P.O. Box 105334,    Atlanta, GA 30348-5334
16953440       +Focused Products Group LLC,    300 Knightsbridge Parkway,    Suite 500,
                 Lincolnshire, IL 60069-3638
17493568       +Fred I. Gillick, Co., Inc.,    c/o David A. Newby,    Coman & Anderson, P.C.,
                 2525 Cabot Drive, Suite 300,    Lisle, IL 60532-0916
16953442       +Frontier Soups,    895 South Northpoint Blvd.,    Waukegan, IL 60085-8277
16953443       +Gillick Realtors,    122 Main St.,    Park Ridge, IL 60068-4080
16953444       +Gourmac/Hutzler Manufacturing Company,    4 Grace Way,    P.O. Box 969,    Canaan, CT 06018-0969
16953445       +Grant Howard Associates,    450 Heritage Rd.,    Suite 4C,    Southbury, CT 06488-3878
16953446       +Haeger Industries Inc.,    Seven Maiden Lane,    Dundee, IL 60118-2397
16953447       +Harold Import Company Incorporated,    747 Vasser Ave.,    Lakewood, NJ 08701-6908
17687179       +Illinois Department of Employment Security,    33 South State Street,
                 Chicago, Illinois 60603-2808,    Attn: Bankruptcy Unit - 10th flr.
17714302        Illinois Department of Revenue,    Bankruptcy Section,    P.O. Box 64338,
                 Chicago, IL 60664-0338
16953449       +India Tree/Gretchen Guehrend & Assoc.,    5309 Shilshole  Ave. Northwest,    Suite 150,
                 Seattle, WA 98107-5357
16953451       +Jaccard,    3421 North Benzing Rd.,    Orchard Park, NY 14127-1539
17205026       +Janice Wichmann Hunsader,    1852 Norman,    Park Ridge IL 60068-3853
17221321       +Jeannette Schuessler,    216 South Evanston Avenue,    Arlington Heights, IL 60004-6854
16953452        Journal And Topics Newspapers,    62 To Graceland Avenue,    Des Plaines, IL  60016
16953456       +KJM And Associates LLC,    130 Aberdeen Drive,    East Dundee, IL 60118-1616
16953453        Kay Dee Designs Inc.,    P.O. Box 845171,    Boston, MA  02284-5171
16953454        Kehe Distributors,    24972 Network Place,    Chicago, IL 60673-1249
16953455       +Kitchen Supply Co. Inc.,    7540 W. Roosevelt Rd,    Forest Park, IL 60130-3054
16953457       +Kuhn Rikon Switzerland,    46 Digital Drive,    Suite 5,    Novuto, CA 94949-5761
16953461       +LGrace Manufacturing Inc.,    Micro Plane Division,    614 SR 247,    Russellville, AR 72802-8408
16953458       +Lakeshore Waste Services LLC,    6132 Oakton St.,    Morton Grove, IL 60053-2718
16953459       +Lamson & Goodnow, LLC,    45 Conway St.,    Shelburne Falls, MA 01370-1420
16953460       +Landmark Merchant Solutions,    184 Schuman Blvd., Number 350,    Naperville, IL 60563-1219
16953410        Larsen & Edlund,    444 N Northwest Hwy,    Park Ridge, IL  60068-6403
16953462       +Lodge Manufacturing Co.,    P.O. Box 380,    204 E. 5th St,    South Pittsburg, TN 37380-1563
17383182       +Mary G Schipp,    305 S Clifton,    Park Ridge IL 60068-3948
17326205       +Nancy K Tordal,    Peters & Nye LLP,    14 Executive Court,    South Barrington IL 60010-9511
16953463       +Nelson-Massey Vanilla's,    1550 Shields Drive,    Waukegan, IL  60085-8307
16953464       +New Metro Design LLC,    141 NAC  Drive,    Duncansville, PA 16635-9428
16953465       +NexTrend,    11300Coloma Rd.,    Suite A8,    Gold River, CA 95670-4421
16953467       +Nifty Home Products Inc.,    P.O. Box 507,    Madison Lake, MN 56063-0507
16953468       +Northern Plains Distributors Inc.,    P.O. Box 1921,    Fargo, ND 58107-1921
```

District/off: 0752-1          User: mflowers          Page 2 of 3          Date Rcvd: Feb 24, 2015
                             Form ID: pdf006          Total Noticed: 101

16953469       Northland Aluminum Products Inc., DBA Nordic Ware,  5005 Country Rd 25,
               St. Louis Park, MN  55416-2274
17646448      +PNC BANK,  PO BOX 94982,  CLEVELAND,OH 44101-4982
17383186       PNC Bank National Association,  23000 Millcreek Blvd B-7-YB72-02-2,
               Highland Hills, OH 44122-5720,  Debra Coleman
16953473       PNC Bank/Business Credit Line,  P.O. Box 65177,  Louisville, KY  40285-6177
16953474       PNC Bank/Business Credit Line,  P.O. Box 747066,  Pittsburgh, PA  15274-7066
16953471      +Phantom Enterprises Inc.,  101 South Evans,  Newton, KS 67114-9212
17321722      +Pioneer Newspapers,  C/O Michael Weis Attorney,  PO Box 1166,  Northbrook, IL 60065-1166
16953472      +Pioneer Press,  P.O. Box 1166,  Northbrook, IL 60065-1166
16953479      +SCI/Scandicrafts Cuisine International,  740 Poncho Rd,  Camariollo, CA 93012-8576
16953476      +Sambonet USA/Paderno USA-World Cuisine,  355 Michelle Place,  Carlstadt, NJ 07072-2304
16953477      +Sassafras Enterprises Inc.,  1622 West Carroll Ave.,  Chicago, IL 60612-2502
16953478      +Savanna Bee Company,  211 Johnny Mercer Blvd.,  Savanna, GA 31410-2119
16953480      +Siege Chemical Company,  6340 Via Tierra,  Boca Raton, FL 33433-2358
16953481      +Silvermark,  70 E. 77th St.,  Unit 5A,  New York, NY 10075-1811
16953482      +Swiss Diamond,  156 Halsey Rd,  Parsippany, NJ 07054-5202
16953483       Tag/Trade Associates Group Ltd.,  1730 West Wrightwood,  Chicago, IL  60614-1972
16953484      +The Tauton Press,  P.O. Box 5506,  63 S. Main St.,,  Newton, CT 06470-2344
17329777      +US Bancorp Manifest Funding Services,  Attn: Bkcy Dept,  1450 Channel Parkway,
               Marshall, MN 56258-4005
16953485      +US Bank/Manifest Funding Services,  1450 Channel Parkway,  Marshall, MN 56258-4005
16953486       USA Pan d/b/a American Pan Co,  33 McGovern Blvd.,  Crescent, PA  15046-5452
16953487      +Valcor Inventions,  1745 Harding,  Northfield, IL 60093-3305
16953488      +Vic Firth,  77 High St,  Newport, ME 04953-3028
16953489       Victorinoz Swiss Army,  P.O. Box 845362,  Boston, MA  02284-5362
16953490       Viking Range Corporation,  P.O. Box 202533,  Dallas, TX  75320-2533
16953493      +Wusthof Trident Of America Inc.,  333 Wilson Ave.,  Fourth Floor,  Norwalk, CT 06854-4616
16953494      +You Copia Products Inc.,  524 S. Patton Ave,  Arlington Heights, IL 60005-2256
16953495       Zwilling J.A. Henckels, LLC,  171 Saw Mill River Road,  Hawthorne, NY  10532-1529

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
16953414       E-mail/Text: bkr@cardworks.com Feb 25 2015 01:59:45          Advanta Credit Cards,  P.O. Box 5657,
               Hicksville, NY  11802
16953429      +E-mail/Text: lindam@4taconic.com Feb 25 2015 02:01:45          Chefs Planet,  P.O. Box 69,
               Petersburgh, NY 12138-0069
17684014       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 25 2015 02:11:00
               FIA Card Services, NA/Bank of America,  by American InfoSource LP as its agent,
               PO Box 248809,  Oklahoma City, OK  73124-8809
16953448       E-mail/Text: bankruptcy@water.com Feb 25 2015 02:00:59          Hinckley Springs,  P.O. Box 660579,
               Dallas, TX  75266-0579
16953450       E-mail/Text: cio.bncmail@irs.gov Feb 25 2015 02:00:26          Internal Revenue Service,
               Department of the Treasury,  PO Box 7346,  Philadelphia PA  19101-7346
17876503       E-mail/Text: skelly@nacmoregon.org Feb 25 2015 02:00:01          NACM Oregon,
               7931 NE Halsey Street,  Suite 200,  Portland OR 97213-6755
16953466       E-mail/Text: bankrup@aglresources.com Feb 25 2015 01:59:49          Nicor Gas,  P.O. Box 2020,
               Aurora, IL  60507-2020
16953470       E-mail/Text: cconfer@hotus.com Feb 25 2015 02:00:37          OXO International Ltd,
               One Helen Of Troy Plaza,  El Paso, TX  79912-1148
16953475       E-mail/Text: rkivler@robinsonus.com Feb 25 2015 02:00:36          Robinson Home Products,
               2615 Walden Ave,  Buffalo, NY  14225-4735
                                                                              TOTAL: 9


          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16953430*      Comcast,  P.O. Box 3002,  Southeastern, PA  19398-3002
16953409*     +Dominic's Kitchen Store Inc,  116 Main St,  Park Ridge, IL 60068-4030
16953432      ##+Cucina Pro,  4785 State Rd,  Cleveland, OH 44109-5255
16953441      ##Frieling USA Inc.,  1920 Center Park Drive,  Charlotte, NC  28217-2901
17299677      ##+Rosemary W Cordes,  100 N Wisner,  Park Ridge IL 60068-3548
17229221      ##+Stephanie R Stoll,  329 S Fairview Ave,  Park Ridge IL 60068-4021
16953492      ##+WMF Americas Inc.,  1881 State Rd 84,  Suite 101,  Fort Lauderdale, FL 33315-2208
16953491      ##+Wilshire Industries LLC,  1001 Calle Recodo,  San Clemente, CA 92673-6237
                                                                              TOTALS: 0, * 2, ## 6


Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 26, 2015                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 24, 2015 at the address(es) listed below:
          Curtis E Edlund    on behalf of Debtor    Dominic's Kitchen Store, Inc. cedlund@larsenandedlund.com
          David A. Newby    on behalf of Creditor    Gillick Realtor dnewby@comananderson.com,
            lholub@comananderson.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Ronald R Peterson    rpeterson@jenner.com,    rpeterson@ecf.epiqsystems.com;docketing@jenner.com
                                                                                        TOTAL: 4