# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
### DIVISION

In re:                                    §
                                          §
DOMINICS KITCHEN STORE, INC.              §     Case No. 11-10416 ABG
                                          §
                    Debtor(s)             §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

RONALD R. PETERSON, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:                        Assets Exempt:
*(Without deducting any secured claims)*

Total Distributions to Claimants:        Claims Discharged
                                         Without Payment:

Total Expenses of Administration:

3) Total gross receipts of $               (see **Exhibit 1**), minus funds paid to the debtor and third parties of $         (see **Exhibit 2**), yielded net receipts of $               from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on            .  The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/RONALD R. PETERSON _____
                                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000027 | PNC BANK NATIONAL ASSOCIATION |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000010 | US BANCORP MANIFEST FUNDING SERVICE | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| RONALD R. PETERSON, TRUSTEE | | | | | |
| RONALD R. PETERSON, TRUSTEE | | | | | |
| FRED I. GILLICK COMPAY, INC. | | | | | |
| ASSOCIATED BANK | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| DEPARTMENT OF THE TREASURY | | | | | |
| ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| JENNER & BLOCK | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JENNER & BLOCK | | | | | |
| ALAN D LASKO & ASSOCIATES, P.C. | | | | | |
| ALAN D. LASKO | | | | | |
| ALAN D. LASKO & ASSOCIATES | | | | | |
| ALAN D LASKO & ASSOCIATES, P.C. | | | | | |
| GREAT AMERICAN | | | | | |
| GREATAMERICAN | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Illinois Department Of Revenue P.O. Box 19006 Springfield, IL | | | | | |
| | Internal Revenue Service P.O. Box 30901309011, 8228 Memphis Service Center, Stop 8227 Memphis, TN  37501-0001 | | | | | |
| 000041A | ILLINOIS DEPARTMENT OF EMPLOYMENT S | | | | | |
| 000042A | ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| 000011A | INTERNAL REVENUE SERVICE | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | A.M. Braswell Jr., Food Co. P.O. Box 485 Statesboro, GA 30459 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Advanta Credit Cards P.O. Box 5657 Hicksville, NY 11802 | | | | | |
| | Alan Sobel 125 Dupee Place Wilmette, IL  60091 | | | | | |
| | All Clad Metal Crafters LLC P.O. Box 414431 Boston, MA 02241-4431 | | | | | |
| | American Express Box 0001 Los Angeles, CA  90096-8000 | | | | | |
| | Arcadia Publishing 4201 Wando Park Blvd. Mount Pleasant, SC  29464 | | | | | |
| | Baker's Edge 484 East Carmel Drive Unit 355 Carmel, IN 46032-2812 | | | | | |
| | Banana Saver Inc. P.O. Box 421 Hinkley, OH  44233 | | | | | |
| | Bank Of America/ Platinum Visa P.O. Box 15710 Wilmington, DE  19886-5710 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Built New York Inc. 520 Broadway, Second Floor New York, NY 10012 | | | | | |
| | By The Glass LLC, DBA Go Vino 31930 Highway 79 Wisner Springs, CA 92086 | | | | | |
| | Carlisle Enterprises Inc. 237 Dato Dr. Streamwood, IL 60107 | | | | | |
| | Carmies Kitchen 210 Windco Cir. Wilie, TX 75098 | | | | | |
| | Chantal 5425 North Sam Houston Parkway West Houston, TX 77086 | | | | | |
| | Chef'n 152 Five Fourth Ave.. Suite 700 Seattle, WA 98101 | | | | | |
| | Chef'n 152 Five Fourth Ave.. Suite 700 Seattle, WA 98101 | | | | | |
| | Chefs Planet P.O. Box 69 Petersburgh, NY 12138 | | | | | |
| | Comcast P.O. Box 3002 Southeastern, PA 19398-3002 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Component Design NW, Inc. P.O. Box 10947 Portland, OR 97296-0947 | | | | | |
| | Cucina Pro 4785 State Rd Cleveland, OH 44109 | | | | | |
| | DKB Household USA One Post Suite 100 Irvine, TX 92618 | | | | | |
| | Early Warning Alarms, Inc. 7720 West Touhy Ave. Unit B Chicago, IL 60631 | | | | | |
| | Emile Henry USA Corp. 802 Centerpoint Blvd. Newcastle, DE 19720 | | | | | |
| | Epicurean 1325 North 59th Ave. West Duluth, MN 55807 | | | | | |
| | F. J. Kerrigan Plumbing Co. Inc. 811 Ridge Rd Wilmette, IL 60091-2445 | | | | | |
| | FedEx P.O. Box 94515 Palatine, IL 60094-4515 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Fire And Flavor Client 792 P.O. Box 105334 Atlanta, GA 30321-5334 | | | | | |
| | Focused Products Group LLC 300 Knightsbridge Parkway Suite 500 Lincolnshire, IL 60069 | | | | | |
| | Frieling USA Inc. 1920 Center Park Drive Charlotte, NC 28217-2901 | | | | | |
| | Frontier Soups 895 South Northpoint Blvd. Waukegan, IL  60085 | | | | | |
| | Gillick Realtors 122 Main St. Park Ridge, IL  60068 | | | | | |
| | Gourmac/Hutzler Manufacturing Company 4 Grace Way P.O. Box 969 Canaan, CT  06018 | | | | | |
| | Grant Howard Associates 450 Heritage Rd. Suite 4C Southbury, CT  06488 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Haeger Industries Inc. Seven Maiden Lane Dundee, IL 60118 | | | | | |
| | Harold Import Company Incorporated 747 Vasser Ave. Lakewood, NJ  08701 | | | | | |
| | India Tree/Gretchen Guehrend & Assoc. 5309 Shilshole  Ave. Northwest Suite 150 Seattle, WA  98107 | | | | | |
| | Jaccard 3421 North Benzing Rd. Orchard Park, NY  14127 | | | | | |
| | Journal And Topics Newspapers 62 To Graceland Avenue Des Plaines, IL 60016 | | | | | |
| | KJM And Associates LLC 130 Aberdeen Drive East Dundee, IL  60118 | | | | | |
| | Kay Dee Designs Inc. P.O. Box 845171 Boston, MA 02284-5171 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Kehe Distributors 24972 Network Place Chicago, IL 60673-1249 | | | | | |
| | Kitchen Supply Co. Inc. 7540 W. Roosevelt Rd Forest Park, IL 60130-2030 | | | | | |
| | Kuhn Rikon Switzerland 46 Digital Drive Suite 5 Novuto, CA 94949 | | | | | |
| | LGrace Manufacturing Inc. Micro Plane Division 614 SR 247 Russellville, AR 72802 | | | | | |
| | Lakeshore Waste Services LLC 6132 Oakton St. Morton Grove, IL 60053 | | | | | |
| | Lamson & Goodnow, LLC 45 Conway St Shelburne Falls, MA 01370 | | | | | |
| | Lodge Manufacturing Co. P.O. Box 380 204 E. 5th St South Pittsburg, TN 37380 | | | | | |
| | Nelson-Massey Vanilla's 1550 Shields Drive Waukegan, IL 60085-8307 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | New Metro Design LLC 141 NAC  Drive Duncansville, PA 16635 | | | | | |
| | NexTrend 11300Coloma Rd. Suite A8 Gold River, CA 95670 | | | | | |
| | Nicor Gas P.O. Box 2020 Aurora, IL  60507-2020 | | | | | |
| | Nifty Home Products Inc. P.O. Box 507 Madison Lake, MN 56063 | | | | | |
| | Northern Plains Distributors Inc. P.O. Box 1921 Fargo, ND 58107 | | | | | |
| | Northland Aluminum Products Inc. 5005 Country Rd 25 St. Louis Park, MN 55416-2274 | | | | | |
| | OXO International Ltd. One Helen Of Troy Plaza El Paso, TX  79912 | | | | | |
| | PNC Bank/Business Credit Line P.O. Box 747066 Pittsburgh, PA  15274-7066 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | PNC Bank/Business Credit Line P.O. Box 856177 Louisville, KY  40285-6177 | | | | | |
| | PNC Bank/Business Credit Line P.O. Box 856177 Louisville, KY  40285-6177 | | | | | |
| | Phantom Enterprises Inc. 101 South Evans Newton, KS 67114 | | | | | |
| | Pioneer Press P.O. Box 1166 Northbrook, IL  60065 | | | | | |
| | Robinson Home Products 2615 Walden Ave Buffalo, NY  14225-4735 | | | | | |
| | SCI/Scandicrafts Cuisine International 740 Poncho Rd Camariollo, CA  93012 | | | | | |
| | Sambonet USA/Paderno USA-World Cuisine 355 Michelle Place Carlstadt, NJ 07072 | | | | | |
| | Sassafras Enterprises Inc. 1622 West Carroll Ave. Chicago, IL  60612 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Savanna Bee Company 211 Johnny Mercer  Blvd. Savanna, GA  31410 | | | | | |
| | Siege Chemical Company 6340 Via Tierra Boca Raton, FL  33433 | | | | | |
| | Silvermark 70 E. 77th St. Unit 5A New York, NY  10075 | | | | | |
| | Swiss Diamond 156 Halsey Rd Parsippany, NJ  07054 | | | | | |
| | Tag/Trade Associates Group Ltd. 1730 West Wrightwood Chicago, IL  60614-1914 | | | | | |
| | The Tauton Press P.O. Box 5506 63 S. Main St., Newton, CT  06470-5506 | | | | | |
| | US Bank/Manifest Funding Services 1450 Channel Parkway Marshall, MN 56258 | | | | | |
| | USA Pan 33 McGovern Blvd. Crescent, PA  15046 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Valcor Inventions 1745 Harding Northfield, IL  60093 | | | | | |
| | Vic Firth 77 High St Newport, ME  04953 | | | | | |
| | Victorinoz Swiss Army P.O. Box 845362 Boston, MA 02284-5362 | | | | | |
| | Viking Range Corporation P.O. Box 202533 Dallas, TX 75320-2533 | | | | | |
| | WMF Americas Inc. 1881 State Rd 84 Suite 101 Fort Lauderdale, FL  33315 | | | | | |
| | Wilshire Industries LLC 1001 Calle Recodo San Clemente, CA  92673 | | | | | |
| | Wusthof Trident Of America Inc. 333 Wilson Ave. Fourth Floor Norwalk, CT  06854 | | | | | |
| | You Copia Products Inc. 524 S. Patton Ave Arlington Heights, IL  60005 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Zwilling J.A. Henckels, LLC 171 Saw Mill River Road Hawthorne, NY  10532-1529 | | | | | |
| 000038 | AMERICAN EXPRESS BANK, FSB | | | | | |
| 000029 | AMERICAN EXPRESS TRAVEL RELATED SER | | | | | |
| 000006 | ANDREW L CAMPBELL | | | | | |
| 000024 | BAKER'S EDGE | | | | | |
| 000005 | BUILT NEW YORK INC. | | | | | |
| 000031 | BUILT NY INC. | | | | | |
| 000013 | COMPONENT DESIGN NW, INC. | | | | | |
| 000028 | DKB HOUSEHOLD USA | | | | | |
| 000030 | F. J. KERRIGAN PLUMBING CO. INC. | | | | | |
| 000032 | F. J. KERRIGAN PLUMBING CO. INC. | | | | | |
| 000003 | FEDEX TECHCONNECT INC | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000040 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| 000020 | FOCUSED PRODUCTS GROUP LLC | | | | | |
| 000034 | FRED I. GILLICK, CO., INC. | | | | | |
| 000015 | FRIELING USA INC. | | | | | |
| 000017 | GRANT HOWARD ASSOCIATES | | | | | |
| 000023 | HAROLD IMPORT COMPANY INCORPORATED | | | | | |
| 000041B | ILLINOIS DEPARTMENT OF EMPLOYMENT S | | | | | |
| 000011B | INTERNAL REVENUE SERVICE | | | | | |
| 000001 | JANICE WICHMANN HUNSADER | | | | | |
| 000018 | JANICE WICHMANN HUNSADER | | | | | |
| 000002 | JEANNETTE SCHUESSLER | | | | | |
| 000035 | JEANNETTE SCHUESSLER | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000012 | LAKESHORE WASTE SERVICES LLC | | | | | |
| 000026 | MARY G SCHIPP | | | | | |
| 000009 | NANCY K TORDAL | | | | | |
| 000021 | NEXTREND | | | | | |
| 000014 | NORTHERN PLAINS DISTRIBUTORS INC. | | | | | |
| 000025 | NORTHLAND ALUMINUM PRODUCTS INC. | | | | | |
| 000036 | OXO INTERNATIONAL LTD | | | | | |
| 000008 | PIONEER NEWSPAPERS | | | | | |
| 000039 | PNC BANK | | | | | |
| 000007 | ROSEMARY W CORDES | | | | | |
| 000019 | SASSAFRAS ENTERPRISES INC. | | | | | |
| 000033 | SIEGE CHEMICAL COMPANY | | | | | |
| 000004 | STEPHANIE R STOLL | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000016 | TAG/TRADE ASSOCIATES GROUP LTD. | | | | | |
| 000037 | USA PAN D/B/A AMERICAN PAN CO | | | | | |
| 000022 | WILSHIRE INDUSTRIES LLC | | | | | |
| 000042B | ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| 000044 | NACM OREGON | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:    1

Exhibit 8

| Case No: | 11-10416 | Judge: A. BENJAMIN GOLDGAR | |
|---|---|---|---|
| Case Name: | DOMINICS KITCHEN STORE, INC. | | |

| Trustee Name: | RONALD R. PETERSON |
|---|---|
| Date Filed (f) or Converted (c): | 03/14/11 (f) |
| 341(a) Meeting Date: | 04/22/11 |
| Claims Bar Date: | 08/18/11 |

For Period Ending:  05/19/15

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1. 1 cupcake creations racked | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 2. 16 metal metro racks | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 3. 18 sections basement Gorilla racking | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 4. 2 door NSF refrigerator | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 5. 3 compartment sink and faucet | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 6. 3 gray and white slot wall displays on wheels | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 7. Five metro racks | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 8. Four wood tables | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 9. Metal backroom shelving | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 10. Miscellaneous l sidewall hooks and display accesso | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 11. one 52 inch LCD TV | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 12. One antique country table with drawers | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 13. One antique stove | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 14. One Avaya telephone system and phones | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:   2

Exhibit 8

| Case No: | 11-10416 | Judge: A. BENJAMIN GOLDGAR |
|---|---|---|
| Case Name: | DOMINICS KITCHEN STORE, INC. | |

| Trustee Name: | RONALD R. PETERSON |
|---|---|
| Date Filed (f) or Converted (c): | 03/14/11 (f) |
| 341(a) Meeting Date: | 04/22/11 |
| Claims Bar Date: | 08/18/11 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 15. one Built NY metal display rack | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 16. One cash wrap and counter | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 17. one CIA Wood fixture | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 18. one cookie-cutter display rack | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 19. One curious chef metal display fixture | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 18.04 |
| 20. One display with shopping baskets | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 21. one Enclume pot rack display | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 22. one epicurean cutting board display | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 23. One hand wash sink and faucet | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 24. one Henckel wall knife display | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 25. One Kaiser display | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 26. One kitchen cabinet and countertop | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 27. One light and fan fixture | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 28. One light box | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |

FORM1

Page:    3

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit 8

| Case No: | 11-10416 | Judge: A. BENJAMIN GOLDGAR |
|---|---|---|
| Case Name: | DOMINICS KITCHEN STORE, INC. | |

| Trustee Name: | RONALD R. PETERSON |
|---|---|
| Date Filed (f) or Converted (c): | 03/14/11 (f) |
| 341(a) Meeting Date: | 04/22/11 |
| Claims Bar Date: | 08/18/11 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 29. one Lodge metal display rack | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 30. One microplane metal display | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 31. One mixing bowl wrap | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 32. one Miyabi Knife cabinet (floor unit) | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 33. one mopsink and faucet | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 34. One neon open sign | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 35. One office desk | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 36. one prep sink and faucet | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 37. One Rub w/love metal display | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 38. One tree ornament rack | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 39. one Vic Firth rolling pin display | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 40. One wire placement rack | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 41. one wood 9 basket display | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 42. One wood cart display | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 4

Exhibit 8

| Case No: | 11-10416 | Judge: A. BENJAMIN GOLDGAR |
| Case Name: | DOMINICS KITCHEN STORE, INC. | |

| Trustee Name: | RONALD R. PETERSON |
| Date Filed (f) or Converted (c): | 03/14/11 (f) |
| 341(a) Meeting Date: | 04/22/11 |
| Claims Bar Date: | 08/18/11 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 43. One wood food cart fixture | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 44. Seven halogen warehouse light fixtures | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 45. Three slot wall units on wheels | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 46. Three wire mannequins | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 47. Two 22 inch LCD TVs | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 48. Two antique wooden ladders | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 49. Two full wall WMF displays | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 50. Two half wall WMF displays | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 51. Two metal cutting board racks | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 52. Two metal spice displays | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 53. two round glass tables | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 54. Two Wusthof Knife display cabinets | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 55. retail stock as more fully disclosed on debtors la | 60,034.63 | 60,034.63 | | 69,029.78 | FA | 0.00 | 0.00 |
| 56. display Units | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| | | | | | | | |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:   5

Exhibit 8

| Case No: | 11-10416 | Judge: A. BENJAMIN GOLDGAR | | | | |
|---|---|---|---|---|---|---|
| Case Name: | DOMINICS KITCHEN STORE, INC. | | | | | |

| Trustee Name: | RONALD R. PETERSON |
|---|---|
| Date Filed (f) or Converted (c): | 03/14/11 (f) |
| 341(a) Meeting Date: | 04/22/11 |
| Claims Bar Date: | 08/18/11 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 57. Tables, Chairs, | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| INT. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 3.72 | FA | 0.00 | 0.00 |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)          $60,034.63          $60,034.63          $69,033.50          $0.00          $0.00          $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TFR filed 2/24/15.  Final hearing on 3/25/15.  Distribution checks have cleared.  TDR will be filed in 5/15.

April 18, 2014, 10:41 a.m.:  The case is in closing; the final report should be submitted in June 2014.

The estate's accountant is working on tax returns.

January 30, 2012, 01:21 pm.   Kitchen periferal store liquidated.  Alan Lasko, the Estate's accountant, has filed final
tax returns.  Waiting for the 505(B) period to expire.

April 29, 2013, 08:21 am Alan Lasko has filed final returns, but he is still fussing with the I.R.S.  hope to have
matter closed third quarter of this year.

RE PROP# 11---5

Initial Projected Date of Final Report (TFR): 05/31/14          Current Projected Date of Final Report (TFR): 03/01/15

/s/     RONALD R. PETERSON

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:    6

Exhibit 8

| | | | | |
|---|---|---|---|---|
| Case No: | 11-10416 | Judge: A. BENJAMIN GOLDGAR | Trustee Name: | RONALD R. PETERSON |
| Case Name: | DOMINICS KITCHEN STORE, INC. | | Date Filed (f) or Converted (c): | 03/14/11 (f) |
| | | | 341(a) Meeting Date: | 04/22/11 |
| | | | Claims Bar Date: | 08/18/11 |

_____ Date: 05/19/15

    RONALD R. PETERSON

FORM 2    Page:    1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 11-10416  -ABG |
| Case Name: | DOMINICS KITCHEN STORE, INC. |
| Taxpayer ID No: | *******2683 |
| For Period Ending: | 05/19/15 |

| | |
|---|---|
| Trustee Name: | RONALD R. PETERSON |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******8489  Checking Account |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/09/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 29,765.65 | | 29,765.65 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 18.35 | 29,747.30 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 18.95 | 29,728.35 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 18.33 | 29,710.02 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 18.93 | 29,691.09 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 44.14 | 29,646.95 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 39.81 | 29,607.14 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 44.02 | 29,563.12 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 42.53 | 29,520.59 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 43.89 | 29,476.70 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 42.41 | 29,434.29 |
| 07/18/13 | 030001 | Department of the Treasury Internal Revenue Service Cincinnati, Ohio 45999-0030 | Taxes | 2810-000 | | 42.32 | 29,391.97 |
| 07/29/13 | 030002 | Alan D. Lasko & Associates | Professional Fees | 3410-000 | | 5,738.33 | 23,653.64 |

| | Page Subtotals | 29,765.65 | 6,112.01 | |
|---|---|---|---|---|

Ver: 18.04c

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 27)*

FORM 2   Page: 2

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 11-10416 -ABG | Trustee Name: | RONALD R. PETERSON |
| Case Name: | DOMINICS KITCHEN STORE, INC. | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******8489  Checking Account |
| Taxpayer ID No: | *******2683 | | |
| For Period Ending: | 05/19/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | First Interim Fee Application | | | | |
| 07/29/13 | 030003 | Alan D. Lasko | Professional Expenses<br>First Appliction for reimbursement of expenses | 3410-000 | | 58.90 | 23,594.74 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 43.75 | 23,550.99 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 36.41 | 23,514.58 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 33.84 | 23,480.74 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 34.91 | 23,445.83 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 33.73 | 23,412.10 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 34.81 | 23,377.29 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 34.76 | 23,342.53 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 31.35 | 23,311.18 |
| 03/11/14 | 030004 | Alan D Lasko & Associates,  P.C. | Professional Fees and Expenses<br>Fees          1,914.00<br>Expenses         24.30 | 3410-000<br>3420-000 | | 1,938.30 | 21,372.88 |
| 03/27/15 | 030005 | RONALD R. PETERSON, TRUSTEE<br>JENNER & BLOCK LLP<br>353 NORTH CLARK STREET<br>CHICAGO, IL  60654-3456 | Trustee's compensation | 2100-000 | | 2,500.00 | 18,872.88 |

| | | Page Subtotals | 0.00 | 4,780.76 |
|---|---|---|---|---|

Ver: 18.04c

FORM 2     Page:   3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 11-10416  -ABG |
| Case Name: | DOMINICS KITCHEN STORE, INC. |

| | |
|---|---|
| Trustee Name: | RONALD R. PETERSON |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******8489  Checking Account |

| | |
|---|---|
| Taxpayer ID No: | *******2683 |
| For Period Ending: | 05/19/15 |

| | |
|---|---|
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/27/15 | 030006 | RONALD R. PETERSON, TRUSTEE<br>JENNER & BLOCK LLP<br>353 NORTH CLARK STREET<br>CHICAGO, IL  60654-3456 | Trustee's expenses | 2200-000 | | 85.26 | 18,787.62 |
| 03/27/15 | 030007 | JENNER & BLOCK LLP<br>353 N. CLARK STREET<br>CHICAGO, IL 60654-3456 | Trustee Counsel's Fees | 3110-000 | | 11,664.00 | 7,123.62 |
| 03/27/15 | 030008 | JENNER & BLOCK LLP<br>353 N. CLARK STREET<br>CHICAGO, IL 60654-3456 | Trustee Counsel's Expenses | 3120-000 | | 1,199.73 | 5,923.89 |
| 03/27/15 | 030009 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | IDR Taxes | 2690-730 | | 223.83 | 5,700.06 |
| 03/27/15 | 030010 | Internal Revenue Service<br>Department of the Treasury<br>PO Box 7346<br>Philadelphia PA 19101-7346 | IRS Taxes | 5800-000 | | 3,164.47 | 2,535.59 |
| 03/27/15 | 030011 | Illinois DepartmentofEmployment Security<br>33 South State Street<br>Chicago, Illinois 60603<br>Attn: Bankruptcy Unit - 10th flr. | Employment Security Taxes | 5800-000 | | 30.69 | 2,504.90 |
| | | | Page Subtotals | | 0.00 | 16,367.98 | |

Ver: 18.04c

FOR M2

Page:    4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No:          11-10416  -ABG
Case Name:     DOMINICS KITCHEN STORE, INC.

Trustee Name:        RONALD R. PETERSON
Bank Name:            ASSOCIATED BANK
Account Number / CD #:     *******8489  Checking Account

Taxpayer ID No:  *******2683
For Period Ending:  05/19/15

Blanket Bond (per case limit):  $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/27/15 | 030012 | Illinois Department of Revenue Bankruptcy Section P.O. Box 64338 Chicago, IL 60664-0338 | IDR Taxes | 5800-000 | | 2,504.90 | 0.00 |

|  | | | | |
|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | 29,765.65 | 29,765.65 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less:  Bank Transfers/CD's | 29,765.65 | 0.00 | |
| | | Subtotal | 0.00 | 29,765.65 | |
| Memo Allocation Net: | 0.00 | Less:  Payments to Debtors | | 0.00 | |
| | | Net | 0.00 | 29,765.65 | |

Page Subtotals                    0.00          2,504.90

Ver: 18.04c

Page:    5

**Exhibit 9**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 11-10416  -ABG |
| Case Name: | DOMINICS KITCHEN STORE, INC. |
| | |
| Taxpayer ID No: | *******2683 |
| For Period Ending: | 05/19/15 |

| | |
|---|---|
| Trustee Name: | RONALD R. PETERSON |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******9250  Money Market Account (Interest Earn |
| | |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/18/11 | 55 | Great American Group<br>21860 Burbank Blvd,<br>Suite 300 South<br>Woodland Hills, CA 91367 | Liquidation Proceeds | | 42,514.98 | | 42,514.98 |
| | | GREAT AMERICAN | Memo Amount:        69,029.78<br>Gross Sale Proceeds First Installm | 1129-000 | | | |
| | | GREAT AMERICAN | Memo Amount:      (      6,304.22 )<br>Auctioneer's Expenses | 3610-000 | | | |
| | | GREATAMERICAN | Memo Amount:      (    15,210.58 )<br>Auctioneeers Expenses | 3620-000 | | | |
| | | GREAT AMERICAN | Memo Amount:      (      5,000.00 )<br>Auction Proceeds Paid in 2nd Instat | 1129-000 | | | |
| 05/18/11 | | Transfer to Acct #*******9263 | Bank Funds Transfer | 9999-000 | | 11,380.65 | 31,134.33 |
| 05/31/11 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.06 | | 31,134.39 |
| 06/13/11 | 55 | Great American Group, LLC<br>21860 Burbank Vlvd.<br>Suite 300 South<br>Woodland Hills, CA 91367 | Liquidation Proceeds | 1129-000 | | -5,000.00 | 36,134.39 |
| 06/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.28 | | 36,134.67 |
| 07/27/11 | | Transfer to Acct #*******9263 | Bank Funds Transfer | 9999-000 | | 5,987.58 | 30,147.09 |
| 07/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.29 | | 30,147.38 |

| | | |
|---|---|---|
| Page Subtotals | 42,515.61 | 12,368.23 |

Ver: 18.04c

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 31)*

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: | 11-10416  -ABG |
| Case Name: | DOMINICS KITCHEN STORE, INC. |

Taxpayer ID No:  *******2683
For Period Ending:  05/19/15

| | |
|---|---|
| Trustee Name: | RONALD R. PETERSON |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******9250  Money Market Account (Interest Earn |

Blanket Bond (per case limit):  $  5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.26 | | 30,147.64 |
| 09/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.25 | | 30,147.89 |
| 10/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.26 | | 30,148.15 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 38.41 | 30,109.74 |
| 11/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.25 | | 30,109.99 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 37.12 | 30,072.87 |
| 12/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.25 | | 30,073.12 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 37.08 | 30,036.04 |
| 01/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.26 | | 30,036.30 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 39.39 | 29,996.91 |
| 02/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.24 | | 29,997.15 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 35.65 | 29,961.50 |
| 03/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.25 | | 29,961.75 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 36.84 | 29,924.91 |

Page Subtotals          2.02          224.49

Ver: 18.04c

FORM 2                                                                                                                    Page:    7

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                                                        Exhibit 9

| | | |
|---|---|---|
| Case No: | 11-10416  -ABG | |
| Case Name: | DOMINICS KITCHEN STORE, INC. | |

Trustee Name:          RONALD R. PETERSON
Bank Name:             BANK OF AMERICA, N.A.
Account Number / CD #:  *******9250  Money Market Account (Interest Earn

| | | |
|---|---|---|
| Taxpayer ID No: | *******2683 | |
| For Period Ending: | 05/19/15 | |

Blanket Bond (per case limit):  $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.25 | | 29,925.16 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 38.02 | 29,887.14 |
| 05/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.25 | | 29,887.39 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 37.97 | 29,849.42 |
| 06/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.24 | | 29,849.66 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 35.48 | 29,814.18 |
| 07/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.26 | | 29,814.44 |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 39.10 | 29,775.34 |
| 08/09/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.07 | | 29,775.41 |
| 08/09/12 | | BANK OF AMERICA, N.A. 901 MAIN STREET 9TH FLOOR DALLAS, TX  75283 | BANK FEES | 2600-000 | | 9.76 | 29,765.65 |
| 08/09/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 29,765.65 | 0.00 |

Page Subtotals                      1.07                29,925.98

Ver: 18.04c

LFORM24
**UST Form 101-7-TDR (10/1/2010)** *(Page: 33)*

Page:   8

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 11-10416  -ABG | |
| Case Name: | DOMINICS KITCHEN STORE, INC. | |
| | | |
| Taxpayer ID No: | *******2683 | |
| For Period Ending: | 05/19/15 | |

| | |
|---|---|
| Trustee Name: | RONALD R. PETERSON |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******9250  Money Market Account (Interest Earn |
| | |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Memo Allocation Receipts: | 69,029.78 | COLUMN TOTALS | 42,518.70 | 42,518.70 | 0.00 |
| | | Memo Allocation Disbursements: | 26,514.80 | Less:  Bank Transfers/CD's | 0.00 | 47,133.88 | |
| | | | | Subtotal | 42,518.70 | -4,615.18 | |
| | | Memo Allocation Net: | 42,514.98 | Less:  Payments to Debtors | | 0.00 | |
| | | | | Net | 42,518.70 | -4,615.18 | |

Page Subtotals          0.00          0.00

Ver: 18.04c

FORM 2

Page: 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 11-10416 -ABG | Trustee Name: | RONALD R. PETERSON |
| Case Name: | DOMINICS KITCHEN STORE, INC. | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******9263  BofA - Checking Account |
| Taxpayer ID No: | *******2683 | | |
| For Period Ending: | 05/19/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/18/11 | | Transfer from Acct #*******9250 | Bank Funds Transfer | 9999-000 | 11,380.65 | | 11,380.65 |
| 05/18/11 | 003001 | Fred I. Gillick Compay, Inc. | Rent<br>Landlord's rent from petition date to 30 April | 2410-000 | | 11,380.65 | 0.00 |
| 07/27/11 | | Transfer from Acct #*******9250 | Bank Funds Transfer | 9999-000 | 5,987.58 | | 5,987.58 |
| 07/27/11 | 003002 | Illinois Department of Revenue | Illinois R.O.T.A. & Use l | 2820-000 | | 5,987.58 | 0.00 |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | | 17,368.23 | 17,368.23 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less:  Bank Transfers/CD's | | 17,368.23 | | |
| | | Subtotal | | 0.00 | 17,368.23 | |
| Memo Allocation Net: | 0.00 | Less:  Payments to Debtors | | | 0.00 | |
| | | Net | | 0.00 | 17,368.23 | |

| | | | | NET | ACCOUNT |
| Total Allocation Receipts: | 69,029.78 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 26,514.80 | Checking Account - *******8489 | 0.00 | 29,765.65 | 0.00 |
| | | Money Market Account (Interest Earn - *******9250 | 42,518.70 | -4,615.18 | 0.00 |
| Total Memo Allocation Net: | 42,514.98 | BofA - Checking Account - *******9263 | 0.00 | 17,368.23 | 0.00 |
| | | | ---------------------- | ---------------------- | ---------------------- |
| | | | 42,518.70 | 42,518.70 | 0.00 |
| | | | ============ | ============ | ============ |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals   17,368.23   17,368.23

Ver: 18.04c

Page:    10

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 11-10416  -ABG |
| Case Name: | DOMINICS KITCHEN STORE, INC. |
| Taxpayer ID No: | *******2683 |
| For Period Ending: | 05/19/15 |

| | |
|---|---|
| Trustee Name: | RONALD R. PETERSON |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******9263  BofA - Checking Account |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | Page Subtotals | | 0.00 | 0.00 | |

Ver: 18.04c